# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY DRAKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TUFTS ASSOCIATED HEALTH MAINTENANCE ORGANIZATION, INC. AND TUFTS HEALTH PUBLIC PLANS, INC.<br><br>*Defendants.* | Civil Action No. 1:19-cv-11876-FDS |

### NOTICE OF FILING OF CONSENT OF CHRISTOPHER KAIRUMBA

Pursuant to 29 U.S.C. § 216(b), Plaintiff hereby gives notice of the filing of the attached Notice of Consent to be a Party Plaintiff of Christopher Kairumba.

Dated: December 3, 2019

Respectfully Submitted,

**/s/ Travis M. Hedgpeth**

Edward F. Haber (BBO# 215620)
Adam M. Stewart (BBO# 661090)
Patrick J. Vallely (BBO#663866)
SHAPIRO HABER & URMY LLP
Seaport East, Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
astewart@shulaw.com
pvallely@shulaw.com

                                                DOUGLAS M. WERMAN
                                                MAUREEN A. SALAS
                                                Werman Salas P.C.
                                                77 West Washington, Suite 1402
                                                Chicago, Illinois 60602
                                                (312) 419-1008
                                                dwerman@flsalaw.com
                                                msalas@flsalaw.com

                                                TRAVIS M. HEDGPETH
                                                Texas Bar No. 24074386
                                                THE HEDGPETH LAW FIRM, PC
                                                3050 Post Oak Blvd., Suite 510
                                                Houston, Texas 77056
                                                Telephone: (281) 572-0727
                                                Facsimile: (281) 572-0728
                                                travis@hedgpethlaw.com

                                                JACK SIEGEL
                                                Texas Bar No. 24070621
                                                Siegel Law Group PLLC
                                                4925 Greenville Avenue, Suite 600
                                                Dallas, Texas 75206
                                                P: (214) 790-4454
                                                Jack@siegellawgroup.biz

                                                **Attorneys for Plaintiff and Others Similarly Situated**

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: December 2, 2019                                            */s/ Travis M. Hedgpeth*
                                                                                     Travis M. Hedgpeth

*Drake v. Tufts Associated Health Maintenance Organization et al.*
Case No. 1:19-cv-11876 (U.S. District Court for the District of Massachusetts)

## NOTICE OF CONSENT TO BE A PARTY PLAINTIFF

I have been employed by Tufts Health Public Plans, Inc., Tufts Associated Health Maintenance Organization, Inc., or their parent, subsidiary, or affiliated companies within the prior three years, and in one or more of those weeks, I was not paid overtime at the rate of one-and-one-half times my regular rate of pay for the hours I worked over forty (40) in a work week. I consent to join this lawsuit as a party plaintiff to seek unpaid overtime wages and to be bound by its outcome. By joining this lawsuit, I designate the named Plaintiff and Plaintiff's attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I further acknowledge that I intend for this consent to be filed in order to recover my overtime wages against my current/former employer whether in this action or in any subsequent action that may be filed on my behalf for such recovery, and this consent may be used in this case or in any subsequent case as necessary. For purposes of pursuing my unpaid wages and overtime claims I choose to be represented by The Hedgpeth Law Firm PC, the Siegel Law Group, PLLC, Werman Salas P.C. and other attorneys with whom they may associate.

Name: (print your name) CHRISTOPHER KAIRUMBA

Signature: *Christopher Kairumba* (DocuSigned by: 434BC33B441647B...)

Date on which I signed this Notice: 12/2/2019