# EXHIBIT A



# RN Inpatient Reviewer job

**TUFTS HEALTH PLAN**    📍 **NEWTON, MA**



**280**    RN INPATIENT REVIEWER JOBS    >

**141**    JOBS IN **NEWTON, MA**    >

**30**    JOBS AT **TUFTS HEALTH PLAN**    >



| **Job** | **Company** |
|---|---|
| **Description** | Salary    Skills |

## JOB DESCRIPTION

The RN Inpatient Reviewer is a licensed professional that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of members across one or more types of inpatient settings; acute, subacute, acute rehabilitation, LTAC, CORF and others. The RN Inpatient Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid

**Exhibit A, p. 1**

# LENSA

🔍 RN

📍 Newton, MA

Search

The RN Inpatient Reviewer provides timely, clinically appropriate and cost effective utilization management and discharge planning activities for THP members receiving services at her / his assigned facilities and may be required to float to provide coverage at unassigned facilities. Functions include but are not limited to; application of clinical relevant criteria sets in order to determine medical necessity, level of care and/or readiness for transition to a lesser level of care setting. The RN Inpatient Reviewer will develop effective working relationships with providers to facilitate the transition of the member through their continuum of care following department work processes and policies.

The RN Inpatient Reviewer will be expected to have direct experience with licensed clinical criteria sets (such as InterQual or MCG), THP proprietary Medical Necessity Guidelines and product specific payment policies. The RN Inpatient Reviewer may have responsibility for multiple types of service reimbursement models, depending upon the LOB and/or assigned facilities contractual arrangements. Examples include but may not be limited to DRG (APR and MS), case rate and/or per diem reimbursement models.

The RN Inpatient Reviewer works under the general direction of the Inpatient Team Manager or department Manager.


KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS* (in order of importance and as applicable to assigned role)
Provide a range of utilization management activities for members in an inpatient setting.
* Utilize industry standard / plan proprietary criteria for determining the appropriateness of the inpatient setting on an initial and concurrent review basis, both acute and post-acute (as noted above).
* Determines reimbursement methodology and schedules concurrent review appropriately
* Reviews inpatient admissions, continued stays, telephonically or by other electronic means for length of stay (LOS), medical necessity, discharge planning and care coordination.

Exhibit A, p 2

Case 1:19-cv-11876-FDS Document 27-1 Filed 12/23/19 Page 4 of 70

# LENSA

🔍 RN

📍 Newton, MA

Search

* Redirects members and providers to in network or in network preferred providers, including transition back to the Tufts Health Plan service area.
* Identifies potential High Risk High Needs members and presents at case rounds for inclusion of additional interventions.
* Identifies potential high cost members for reserve or re-insurance planning.
* May be required to conducts preauthorization of transplant requests
* Performs case documentation according to Department standards including but not limited to timely completion of daily tasks, timely management of assigned UM events and same day case data entry
* Mentor new and existing staff in process and system changes/updates
* Facilitate UM/CM rounds
* Become subject matter expert (SME's) to support the Inpatient Management Initiatives including but not limited to Progeny, OON Management, MedHok, Medical Trend Management, Cigna Self Insured accounts etc.
* Assist the Team Manager in day to day activities/assignments to the team as needed. Develop effective and collaborative relationships with key customers:
* With clinical and business staff of assigned facilities and physicians providing direct care to THP members in order to: actively participate in the assessment of the member's needs, matching the available in network provider and community services to those needs; recommend and facilitate adjustments to the care plan and services in place including the transition of OON admissions back into the network.
* With THP Medical Directors to determine ongoing coverage for inpatient services, including approved, denied and/or redirected services, ensuring that department business processes are followed or variances to the process are escalated, if needed, and agreed to and well documented
* With entities who support the UM function of the Carelink product, Cigna Travel
* With partner departments in / across THP to coordinate and expedite clinical and administrative processes as needed

Exhibit A, p. 3

 Search

     

🔔 Set alert for similar jobs



# RN Inpatient Reviewer

**Tufts Health Plan** • 📍 705 Mt Auburn Street , Watertown, MA 02472, US

❌ This job is no longer accepting applications

 1 alum works here

The RN Inpatient Reviewer is a licensed professional that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of members across one or more types of inpatient settings: acute, subacute, acute rehabilitation, LTAC, CORF and others. The RN Inpatient Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange) products, state specific Medicaid programs, or Federal programs or in and out of area (Carelink/Cigna).

The RN Inpatient Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The RN Inpatient Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan. A working understanding of departmental and corporate business objectives and accountability for outcome measures are critical to the RN Inpatient Reviewer's success in this role.

The RN Inpatient Reviewer provides timely, clinically appropriate and cost effective utilization management and discharge planning activities for THP members receiving services at her / his assigned facilities and may be required to float to provide coverage at unassigned facilities. Functions include but are not limited to; application of clinical relevant criteria sets in order to determine medical necessity, level of care and/or readiness for transition to a lesser level of care setting. The RN Inpatient Reviewer will develop effective working relationships with providers to facilitate the transition of the member through their continuum of care following department work processes and policies.

The RN Inpatient Reviewer will be expected to have direct experience with licensed clinical criteria sets (such as InterQual or MCG), THP proprietary Medical Necessity Guidelines and product specific payment policies. The RN Inpatient Reviewer may have responsibility for multiple types of service reimbursement models, depending upon the LOB and/or assigned facilities contractual arrangements. Examples include but may not be limited to DRG (APR and MS), case rate and/or per diem reimbursement models.

The RN Inpatient Reviewer works under the general direction of the Inpatient Team Manager or department Manager.

**KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS* (in order of importance and as applicable to assigned role)**

- Provide a range of utilization management activities for members in an inpatient setting.
- Utilize industry standard / plan proprietary criteria for determining the appropriateness of the inpatient setting on an initial and concurrent review basis, both acute and post-acute (as noted above).
- Determines reimbursement methodology and schedules concurrent review appropriately
- Reviews inpatient admissions, continued stays, telephonically or by other electronic means for length of stay (LOS), medical necessity, discharge planning and care coordination requirements / needs.
- Identifies and determines medical necessity of out of network requests for services

## How you match ⓘ

Criteria provided by job poster

### Skills
- ✓ Disease Management
- ✓ Utilization Management
- ✓ Nursing
- ✓ Inpatient Care
- ✓ Management
- ✓ Medicaid
- ✓ Case Management
- ✓ Managed Care
- ✓ Healthcare
- ✓ Public Health

### Level of education
- ✓ Bachelor's Degree

## Contact the job poster

**Scott Morgan**
Talent Resource Consultant...
🟡 PREMIUM
Send InMail

## Job Details

**Seniority Level**
Mid-Senior level

**Industry**
Insurance, Mental Health Care, Health, Wellness & Fitness

**Employment Type**
Full-time

**Job Functions**
Health Care Provider, Customer Service

🟡 PREMIUM

Travis, land your dream job by learning
skills.



COURSE
Succeeding in a New Job
58,126 viewers

See my courses

Looking for talent?   Post a job

 Messaging

🔍 Search

Connections to Tufts Health Plan

 Peter Rex
Serving People in Business

John-Michael Partesotti
Attorney-Adviser, Office of the So...

View all ⌄

Recent

 Jen & the Sales Navigator Tea...
LinkedIn Offer • Is your LinkedIn ...

Yosiat Gimbernard
Sponsored • It's Time to ...

 Morgan Warren
Morgan: Hello Travis, As a leader i...

Zack Bowlby
Zack: Hello Travis, ROI Amplified ...

Carl Wilson
Carl: Yep.

 The Capital Group
Sponsored • What powe...

 Gretchen Mall
Gretchen: Hi Travis, I hope this fin...

Exhibit A, p. 4

 **in**  🔍 Search    🏠  👥  💼  🔔  👤  ⋮⋮⋮  🔍

management complex members and refers member to case management or disease management program based on member specific diagnoses, circumstances or psycho social needs, and product / LOB program requirements.

- May require telephonic and/or onsite presence at assigned facilities
- Redirects members and providers to in network or in network preferred providers, including transition to the Tufts Health Plan service area.
- Identifies potential High Risk High Needs members and presents at case rounds for inclusion of additional interventions.
- Identifies potential high cost members for reserve or re-insurance planning.
- May be required to conducts preauthorization of transplant requests
- Performs case documentation according to Department standards including but not limited to timely completion of daily tasks, timely management of assigned UM events and same day case data entry
- Mentor new and existing staff in process and system changes/updates
- Facilitate UM/CM rounds
- Become subject matter expert (SME's) to support the Inpatient Management Initiatives including but not limited to Progeny, OON Management, MedHok, Medical Trend Management, Cigna Self Insured accounts etc.
- Assist the Team Manager in day to day activities/assignments to the team as needed.
- Develop effective and collaborative relationships with key customers:
- With clinical and business staff of assigned facilities and physicians providing direct care to THP members in order to: actively participate in the assessment of the member's needs, matching the available in network provider and community services to those needs; recommend and facilitate adjustments to the care plan and services in place including the transition of OON admissions back into the network.
- With THP Medical Directors to determine ongoing coverage for inpatient services, including approved, denied and/or redirected services, ensuring that department business processes are followed or variances to the process are escalated, if needed, and agreed to and well documented
- With entities who support the UM function of the Carelink product, Cigna Travel
- With partner departments in / across THP to coordinate and expedite clinical and administrative processes as needed
- Prepare cases for presentation at and actively participate in weekly UM/CM Integrated Rounds.
- Participate in committees or as team liaison as needed.
- Maintains professional growth and development through self-directed learning activities and/or involvement in professional, civic, and community organizations.
- Performs additional related duties as assigned.

EDUCATION: (Minimum education & certifications required)

- Registered Nurse with current, unrestricted MA license
- BSN: Preferred

EXPERIENCE: (Years of experience)
- Minimum of three years of clinical nursing experience.
- Minimum 3 years of UM experience, preferably in an inpatient setting or managed care environment

SKILL REQUIREMENTS: (Include interpersonal skills)
- Excellent interpersonal skills to form positive and collaborative relationships.
- Strong communication skills
- Excellent negotiation skills
- Ability to manage tasks to leverage non-clinical resources on team, provides quarterly audits of the non clinical denial letter team
- Use professional and clinical judgment to identify issues and escalate accordingly to a supervisor and relevant Tufts Health Plan departments



💬 Messaging

🔍 Search

**Connections to Tufts Health Plan**

Peter Rex
Serving People in Business

John-Michael Partesotti
Attorney-Adviser, Office of the So...

View all ⌄

**Recent**

Jen & the Sales Navigator Tea...
LinkedIn Offer • Is your LinkedIn ...

Yosiat Gimbernard
Sponsored • It's Time to ...

Morgan Warren
Morgan: Hello Travis, As a leader i...

Zack Bowlby
Zack: Hello Travis, ROI Amplified ...

Carl Wilson
Carl: Yep.

The Capital Group
Sponsored • What powe...

Gretchen Mall
Gretchen: Hi Travis, I hope this fin...

**Exhibit A, p. 5**

 🔍 Search                                        

- Ability to mentor
- Ability to assume additional responsibilities such as special projects, while managing a case load
- Ability to use a laptop to accurately document utilization management activities adhering to department documentation standards
- Ability to work independently; highly motivated and self--directed with strong time management skills
- Proficiency with or ability to learn technology for initiating and participating in web/system based communications: webinar, instant messaging, thin client, soft phone or others
- Proficiency with or ability to learn technology based programs such as Microsoft Word and Excel; other programs as needed

<u>WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS (include special requirements, e.g., lifting, travel, overtime)</u>
- Fast paced business environment that requires the balancing of multiple demands.
- Must be able to exercise sound judgment and make evidence based clinical and business decisions
- Requires skill in responding to inquiries from providers as well as telephonic inquiries from internal and external customers.

Acts as a professional at all times adhering to the THP Code of Conduct. Seeks opportunities to personally and professionally learn and grow.

**WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS** (include special requirements, e.g., lifting, travel, overtime)

Fast paced office environment handling multiple priority demands. Must be able to exercise appropriate judgment when necessary. Requires ability to use a personal computer for extended periods of time, prolonged periods of sitting and physical ability to file and process documents. Ability to work overtime when requested.

CONFIDENTIAL DATA: All information (written, verbal, electronic, etc.) that an employee encounters while working at Tufts Health Plan is considered confidential. Exposed to and required to deal with highly confidential and sensitive material and must adhere to corporate compliance policy, department guidelines/policies and all applicable laws and regulations at all times.

See less ⌃

---

 **Estimated salary**

For Registered Nurse in Greater Boston Area at Tufts Health Plan

Base salary                              Total compensation
**$72,700**/yr  Range: $52K – $101K    **$72,700**/yr  Range: $52K – $101K

See more salary insights

---

 PROFINDER

**Put your best foot forward with your application.**

Hire a resume writer.

Request a free quote                              Travis Hedgpeth
                                                 Partner at The He...

---

◆ PREMIUM

**7**               We're waiting on more data to deliver Competitive intelligence
Applicants          Insights will only be displayed when there are more than 10 applicants

 Messaging
🔍 Search

Connections to Tufts Health Plan

Peter Rex
Serving People in Business

John-Michael Partesotti
Attorney-Adviser, Office of the So...

View all ⌄

Recent

Jen & the Sales Navigator Tea...
LinkedIn Offer • Is your LinkedIn ...

Yosiat Gimbernard
Sponsored • It's Time to ...

Morgan Warren
Morgan: Hello Travis, As a leader i...

Zack Bowlby
Zack: Hello Travis, ROI Amplified ...

Carl Wilson
Carl: Yep.

The Capital Group
Sponsored • What powe...

Gretchen Mall
Gretchen: Hi Travis, I hope this fin...

**Exhibit A, p. 6**

Sign In

# RN Outpatient Reviewer, Precertification Operations

⊙ Watertown, MA

Apply

Posted 7 Days Ago

Full time

R276

## About Us



We enjoy the important work we do every day on behalf of our members.

---

Job Summary

The Clinical Reviewer is a licensed professional – either a Registered Nurse or Physical Therapist – that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of varied requests for services. The Clinical Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid and Senior Products (Medicare Advantage and SCO).

The Clinical Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Clinical Reviewer functions as a member of the Precert / Outpatient UM team and works under the general direction of the Precertification Team Manager or department Manager. The Clinical Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Clinical Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan.

Job Description

- Provides all aspects of clinical decision making and support needed to perform utilization management, medical necessity determinations and benefit determinations using applicable coverage documents, purchased clinical guidelines or Medical Necessity Guidelines for clinically complex services / coverage

A nonprofit organization founded in 1979, Tufts Health Plan is nationally recognized for its commitment to providing innovative, high-quality health care coverage. We strive to improve the health and wellness of the diverse communities we serve. Our employees are hard-working, innovative, and collaborative. They look for opportunities to grow and make a difference, and they help make us one of the Top Places to work in the area.

Exhibit A, p. 7

requests in a consistent manner and within established, prod-uct specific time frames.

- Collaborates with Medical Directors when determination to deny a request is indicated, advising the Medical Directors on standard business processes, ensuring those processes are followed or variances to the process are escalated, if needed, and agreed to and well documented.
- Coaches letter writers to assure that appropriate medical ne-cessity language is clearly defined in the denial letter.
- Communicates frequently through the day with in network and non-network physicians, practices, facilities and/or allied health providers.
- Communicates frequently through the day with members and other external customers (agents acting on behalf of the provider or member or both) regarding the rational for a deter-mination, as well as the status and disposition of cases.
- Orients new staff to role as needed.

- Interfaces between Precertification staff and providers when issues arise regarding policy interpretation, potential access availability or other quality assurance issues to ensure that members receive coverage decisions timely within all accredit-ing and regulatory guideline
  s.

- Facilitates communication between Precertification and other internal Tufts Health Plan departments by acting as a liaison or committee member on the development or implementation of new programs.

- Provides input to the Medical Policy Department regarding the development of Medical Necessity Guidelines and adding input to purchased criteria through participation in the IMPAC.
- Proactively identifies trends in Utilization Management applica-ble to the precertification and outpatient UM processes.
- Assists in the screening of appeal cases to provide clinical in-put as needed or requested.

- Models professionalism and leadership in all capacities of the position to all audiences.

<u>Requirements</u>

EDUCATION:

- Bachelor's degree in Nursing, Physical Therapy, Physiatry or other related field preferred
- Registered Nurse or Physical Therapist with current a and unre-stricted  Massachusetts license required

EXPERIENCE:

- Minimum of five years clinical experience in utilization man-agement, case management or quality assurance preferred
- Previous experience in a managed care setting desirable

SKILL REQUIREMENTS:

Exhibit A, p. 8

- Requires an individual with highly developed critical thinking skills and the ability to investigate, evaluate and problem solve using sound clinical judgment and business knowledge.
- Requires the ability to work in an extremely complex and potentially politically charged environment.
- Demonstrated skill in responding to inquiries from providers and/or members
- Must exhibit initiative and creativity in planning of work and be able to resolve cases correctly, effectively, expeditiously and within tight timeframes.
- Good organizational skills and a customer centered focus required.
- Individual must be able to use multiple software applications/ computer literate.
- Excellent oral and written communication skills required.

What we build together changes our customer's health for the better. We are looking for talented and innovative people to join our team. Come join us!

Apply

Follow Us

© 2019 Workday, Inc. All rights reserved.

Exhibit A, p. 9



Search



## RN Reviewer, Outpatient Precertification

**Tufts Health Plan** • Watertown, MA, US

🚫 This job is no longer accepting applications

 1 alum works here



🟨 **PREMIUM**

Travis, land your dream job by learning skills.



COURSE
**Betty Liu on Career Success**
166,607 viewers

See my courses

Looking for talent?   **Post a job**

We enjoy the important work we do every day on behalf of our members.

**Job Summary**

**Job Description**

The Clinical Reviewer is a licensed professional – either a Registered Nurse preferred or Physical Therapist – that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of varied requests for services. The Clinical Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid and Medicare (Unify).

The Clinical Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Clinical Reviewer functions as a member of the Precert / Outpatient UM team and works under the general direction of the Precertification Team Manager or department Manager. The Clinical Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Clinical Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan.

**Key Responsibilities/Essential Functions**

- Provides all aspects of clinical decision making and support needed to perform utilization management, medical necessity determinations and benefit determinations using applicable coverage documents, purchased clinical guidelines or Medical Necessity Guidelines for clinically complex services / coverage requests in a consistent manner and within established, product specific time frames.
- Collaborates with Medical Directors when determination to deny a request is indicated, advising the Medical Directors on standard business processes, ensuring those processes are followed or variances to the process are escalated, if needed, and agreed to and well documented.
- Assures that appropriate medical necessity language is clearly defined in the denial letter.
- Communicates frequently through the day with in network and non-network physicians, practices, facilities and/or allied health providers.
- Communicates frequently through the day with members and other external customers (agents acting on behalf of the provider or member or both) regarding the rational for a determination, as well as the status and disposition of cases.
- Orients new staff to role as needed.
- Interfaces between Precertification staff and providers when issues arise regarding policy interpretation, potential access availability or other quality assurance issues to ensure that members receive coverage decisions timely within all accrediting and regulatory guidelines.
- Facilitates communication between Precertification and other internal Tufts Health Plan departments by acting as a liaison or committee member on the development or implementation of new programs.

**Seniority Level**
Associate

**Industry**
Insurance, Financial Services,
Hospital & Health Care

**Employment Type**
Full-time

**Job Functions**
Health Care Provider



💬 Messaging

🔍 Search messages

**Connections to Tufts Health Plan**

Peter Rex
Serving People in Business

John-Michael Partesotti
Attorney-Adviser, Office of the So...

View all ⌄

**Recent**

Scott Armanini
Sponsored • Exclusive In...

Jen & the Sales Navig...
LinkedIn Offer • Find lea...

SUPREMEiP Law Firm...
Sponsored • Trademark ...

Jen & the Sales Navigator T...
LinkedIn Offer • Is your LinkedI...

Yosiat Gimbernard
Sponsored • It's Time to ...

Morgan Warren
Morgan: Hello Travis, As a leader...

Zack Bowlby
Zack: Hello Travis, ROI Amplified...

Carl Wilson




    

- Proactively identifies trends in Utilization Management applicable to the precertification and outpatient UM processes.
- Assists in the screening of appeal cases to provide clinical input as needed or requested.
- Models professionalism and leadership in all capacities of the position to all audiences.

Education

Requirements

- Bachelor's degree in Nursing, Physical Therapy, Physiatry or other related field preferred
- Registered Nurse or Physical Therapist with current a and unrestricted Massachusetts license required

Experience

- Minimum of five years clinical experience in utilization management, case management or quality assurance preferred
- Previous experience in a managed care setting desirable

Skill Requirements

- Requires an individual with highly developed critical thinking skills and the ability to investigate, evaluate and problem solve using sound clinical judgment and business knowledge.
- Requires the ability to work in an extremely complex and potentially politically charged environment.
- Demonstrated skill in responding to inquiries from providers and/or members
- Must exhibit initiative and creativity in planning of work and be able to resolve cases correctly, effectively, expeditiously and within tight timeframes.
- Good organizational skills and a customer centered focus required.
- Individual must be able to use multiple software applications/ computer literate.
- Excellent oral and written communication skills required.

Working Conditions And Additional Requirements

- Fast paced business environment that requires prioritization and balancing of multiple demands.
- Continuous use of PC and telephone required.
- Ability to adjust work schedule on short notice to adapt to departmental, case driven needs.

CONFIDENTIAL DATA: All information (written, verbal, electronic, etc.) that an employee encounters while working at Tufts Health Plan is considered confidential. Exposed to and required to deal with highly confidential and sensitive material and must adhere to corporate compliance policy, department guidelines/policies and all applicable laws and regulations at all times.

What we build together changes our customer's health for the better.We are looking for talented and innovative people to join our team.Come join us!

See less ∧

 PROFINDER

**Put your best foot forward with your application.**

Hire a resume writer.

 Travis Hedgpeth
Partner at The Hedgpeth Law ...

Request a free quote

PREMIUM

**1** Applicant

We're waiting on more data to deliver Competitive intelligence
Insights will only be displayed when there are more than 10 applicants

PREMIUM



# Utilization Review Clinician

in linkedin.com/jobs/view/utilization-review-clinician-at-tufts-health-plan-943113633



The Utilization Review Clinician is a licensed professional that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of members across one or more types of inpatient settings; acute, subacute, acute rehabilitation, LTAC, CORF and others. The Utilization Review Clinician is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid programs, or Federal programs or in and out of area (Carelink/Cigna).

The Utilization Review Clinician is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Utilization Review Clinician will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan. A working understanding of departmental and corporate business objectives and accountability for outcome measures are critical to the Inpatient Manager's success in this role.

The Utilization Review Clinician provides timely, clinically appropriate and cost effective utilization management and discharge planning activities for THP members receiving services at her / his assigned facilities and may be required to float to provide coverage at unassigned facilities. Functions include but are not limited to; application of clinical relevant criteria sets in order to determine medical necessity, level of care and/or readiness for transition to a lesser level of care setting. The Utilization Review Clinician will develop effective working relationships with providers to facilitate the transition of the member through their continuum of care following department work processes and policies.

The Utilization Review Clinician will be expected to have direct experience with licensed clinical criteria sets (such as InterQual or MCG), THP proprietary Medical Necessity Guidelines and product specific payment policies. The Utilization Review Clinician may have

Exhibit A, p. 12

responsibility for multiple types of service reimbursement models, depending upon the LOB and/or assigned facilities contractual arrangements. Examples include but may not be limited to DRG (APR and MS), case rate and/or per diem reimbursement models.

The Utilization Review Clinician works under the general direction of the Inpatient Team Manager or department Manager.

KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS* (in order of importance and as applicable to assigned role)

- Provide a range of utilization management activities for members in an inpatient setting.
- Utilize industry standard / plan proprietary criteria for determining the appropriateness of the inpatient setting on an initial and concurrent review basis, both acute and post-acute (as noted above).
- Determines reimbursement methodology and schedules concurrent review appropriately
- Reviews inpatient admissions, continued stays, telephonically or by other electronic means for length of stay (LOS), medical necessity, discharge planning and care coordination requirements / needs.
- Identifies and determines medical necessity of out of network requests for services
- Performs discharge planning for both acute and post-acute admissions.
- Identifies complex members and refers member to case management or disease management program based on member specific diagnoses, circumstances or psycho social needs, and product / LOB program requirements.
- May require telephonic and/or onsite presence at assigned facilities
- Redirects members and providers to in network or in network preferred providers, including transition back to the Tufts Health Plan service area.
- Identifies potential High Risk High Needs members and presents at case rounds for inclusion of additional interventions.
- Identifies potential high cost members for reserve or re-insurance planning.
- May be required to conducts preauthorization of transplant requests
- Performs case documentation according to Department standards including but not limited to timely completion of daily tasks, timely management of assigned UM events and same day case data entry
- Mentor new and existing staff in process and system changes/updates
- Facilitate UM/CM rounds
- Become subject matter expert (SME's) to support the Inpatient Management Initiatives including but not limited to Progeny, OON Management, MedHok, Medical Trend Management, Cigna Self Insured accounts etc.

Exhibit A, p. 13

- Assist the Team Manager in day to day activities/assignments to the team as needed.
- Develop effective and collaborative relationships with key customers:
- With clinical and business staff of assigned facilities and physicians providing direct care to THP members in order to: actively participate in the assessment of the member's needs, matching the available in network provider and community services to those needs; recommend and facilitate adjustments to the care plan and services in place including the transition of OON admissions back into the network.
- With THP Medical Directors to determine ongoing coverage for inpatient services, including approved, denied and/or redirected services, ensuring that department business processes are followed or variances to the process are escalated, if needed, and agreed to and well documented
- With entities who support the UM function of the Carelink product, Cigna Travel
- With partner departments in / across THP to coordinate and expedite clinical and administrative processes as needed
- Prepare cases for presentation at and actively participate in weekly UM/CM Integrated Rounds.
- Participate in committees or as team liaison as needed.
- Maintains professional growth and development through self-directed learning activities and/or involvement in professional, civic, and community organizations.
- Performs additional related duties as assigned.

EDUCATION: (Minimum education & certifications required)

- Registered Nurse with current, unrestricted MA license
- BSN: Preferred


EXPERIENCE: (Years of experience)

- Minimum of three years of clinical nursing experience.
- Minimum 3 years of UM experience, preferably in an inpatient setting or managed care environment


SKILL REQUIREMENTS: (Include interpersonal skills)

- Excellent interpersonal skills to form positive and collaborative relationships.
- Strong communication skills
- Excellent negotiation skills
- Ability to manage tasks to leverage non-clinical resources on team, provides quarterly audits of the non clinical denial letter team

Exhibit A, p. 14

- Use professional and clinical judgment to identify issues and escalate accordingly to a supervisor and relevant Tufts Health Plan departments
- Ability to apply nationally recognized standards to support utilization management
- Ability to mentor
- Ability to assume additional responsibilities such as special projects, while managing a case load
- Ability to use a laptop to accurately document utilization management activities adhering to department documentation standards
- Ability to work independently; highly motivated and self--directed with strong time management skills
- Proficiency with or ability to learn technology for initiating and participating in web/system based communications: webinar, instant messaging, thin client, soft phone or others
- Proficiency with or ability to learn technology based programs such as Microsoft Word and Excel; other programs as needed

WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS (include special requirements, e.g., lifting, travel,
Overtime)

- Fast paced business environment that requires the balancing of multiple demands.
- Must be able to exercise sound judgment and make evidence based clinical and business decisions
- Requires skill in responding to inquiries from providers as well as telephonic inquiries from internal and external customers.

Acts as a professional at all times adhering to the THP Code of Conduct. Seeks opportunities to personally and professionally learn and grow.

**WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS** (include special requirements, e.g., lifting, travel,

overtime)

Fast paced office environment handling multiple priority demands. Must be able to exercise appropriate judgment when necessary. Requires ability to use a personal computer for extended periods of time, prolonged periods of sitting and physical ability to file and process documents. Ability to work overtime when requested.

Exhibit A, p. 15

CONFIDENTIAL DATA: All information (written, verbal, electronic, etc.) that an employee encounters while working at Tufts Health Plan is considered confidential. Exposed to and required to deal with highly confidential and sensitive material and must adhere to corporate compliance policy, department guidelines/policies and all applicable laws and regulations at all times.

## Skills

## Level of education

Match



Master's Degree

## Contact the job poster



Scott Morgan

Talent Resource Consultant at MillerCoors



Exhibit A, p. 16

# Utilization Review Clinician job

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

lensa.com/utilization-review-clinician-jobs/newton/jd/2550ac3306bc4b171806e4565f72c642

<u>Tufts Health Plan</u>Newton, MA

313

Utilization Review Clinician

Jobs

<u>SHOW ME</u>

141

Jobs in

Newton, MA

<u>SHOW ME</u>

30

Jobs at

Tufts Health Plan

<u>SHOW ME</u>



## Job

## Company

## Job Description

To ensure that the THPP member population receive coordinated care across the health care continuum by completing timely concurrent review, proactive discharge planning and interventions such as UM Aftercare and assessment of case or disease management needs as established by the Medical Management department of THPP. Assures efficient operation for the membership with ongoing and continuous improvement in process and outcome. Responsible for concurrent review processes / interventions and the reviews of acute/post acute facility LOS and coordinate discharge plans for alternate levels of care and available community resources. Refers to case management or disease/program (specific diagnoses)

Exhibit A, p. 17

to appropriate case manager for program admission as appropriate. This position will work directly with the Manager/Clinical Lead of Medical Management to assure appropriate LOS, medical necessity and level of care for the THPP membership.

**KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS\* (in order of importance and as applicable to assigned role)**

Provide a range of utilization management activities for members in an inpatient setting.

- Utilize industry standard / plan proprietary criteria for determining the appropriateness of the inpatient setting on an initial and concurrent review basis, both acute and post-acute (as noted above).
- Determines reimbursement methodology and schedules concurrent review appropriately
- Reviews inpatient admissions, continued stays, telephonically or by other electronic means for length of stay (LOS), medical necessity, discharge planning and care coordination requirements / needs.
- Identifies and determines medical necessity of out of network requests for services
- Performs discharge planning for both acute and post-acute admissions.
- Identifies complex members and refers member to case management or disease management program based on member specific diagnoses, circumstances or psycho social needs, and product / LOB program requirements.
- May require telephonic and/or onsite presence at assigned facilities
- Redirects members and providers to in network or in network preferred providers, including transition back to the Tufts Health Plan service area.
- Identifies potential High Risk High Needs members and presents at case rounds for inclusion of additional interventions.
- Identifies potential high cost members for reserve or re-insurance planning.
- May be required to conducts preauthorization of transplant requests
- Performs case documentation according to Department standards including but not limited to timely completion of daily tasks, timely management of assigned UM events and same day case data entry
- Mentor new and existing staff in process and system changes/updates
- Facilitate UM/CM rounds
- Become subject matter expert (SME's) to support the Inpatient Management Initiatives including but not limited to Progeny, OON Management, MedHok, Medical Trend Management, Cigna Self Insured accounts etc.
- Assist the Team Manager in day to day activities/assignments to the team as needed.

Develop effective and collaborative relationships with key customers:

Exhibit A, p. 18

- With clinical and business staff of assigned facilities and physicians providing direct care to THP members in order to: actively participate in the assessment of the member's needs, matching the available in network provider and community services to those needs; recommend and facilitate adjustments to the care plan and services in place including the transition of OON admissions back into the network.
- With THP Medical Directors to determine ongoing coverage for inpatient services, including approved, denied and/or redirected services, ensuring that department business processes are followed or variances to the process are escalated, if needed, and agreed to and well documented
- With entities who support the UM function of the Carelink product, Cigna Travel
- With partner departments in / across THP to coordinate and expedite clinical and administrative processes as needed

Prepare cases for presentation at and actively participate in weekly UM/CM Integrated Rounds.

Participate in committees or as team liaison as needed.

Maintains professional growth and development through self-directed learning activities and/or involvement in professional, civic, and community organizations.

Performs additional related duties as assigned.

Application currently closed

This job was posted on Wed Dec 05 2018 and expired on Mon Dec 10 2018.

Similar jobs in the area

Exhibit A, p. 19

# Nurse Reviewer - RI at Tufts Health Plan

♿ disabledperson.com/jobs/11513478-nurse-reviewer-ri

- Jobs
- Nurse Reviewer - RI at Tufts Health Plan

Posted in Other 30+ days ago.

This job brought to you by America's Job Exchange

**Type:** Full Time
**Location**: Providence, Rhode Island

**Job Description:**

The Nurse Reviewer is a licensed professional (Registered Nurse) that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of members across one or more types of outpatient and inpatient (acute, subacute, acute rehabilitation, LTAC, and/or CORF) settings. The Nurse Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Nurse Reviewer functions as a member of the Clinical Services team and works under the general direction of the Senior Inpatient Manager.

The Nurse Reviewer is responsible for making the determination of medical necessity and, therefore, benefits coverage for Rhode Island Together members. The Nurse Reviewer is expected to work collaboratively within a team environment. The Nurse Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan. A working understanding of departmental and corporate business objectives and accountability for outcome measures are critical to the Nurse Reviewer's success in this role.

The Nurse Reviewer provides timely, clinically appropriate and cost effective utilization management and discharge planning activities for members receiving services at her / his assigned facilities and may be required to float to provide coverage at unassigned facilities. The Nurse Reviewer functions include but are not limited to; application of clinical relevant criteria sets in order to determine medical necessity of inpatient and outpatient services, level of care and/or readiness for transition to a lesser level of care setting. The Nurse

Exhibit A, p. 20

Reviewer will develop effective working relationships with providers to facilitate the transition of the member through their continuum of care following department work processes and policies.

The Nurse Reviewer will be expected to have direct experience with licensed clinical criteria sets (such as InterQual or THP proprietary Medical Necessary Guidelines (MNG's), and product specific payment policies. The Nurse may have responsibility for multiple types of service reimbursement models, depending upon the LOB and/or assigned facilities contractual arrangements. Examples include but may not be limited to DRG (APR and MS), case rate and/or per diem reimbursement models.

KEY RESPONSIBILITIES

Provide a range of utilization management activities for members in an inpatient and outpatient settings.

Inpatient:


* Utilize industry standard / plan proprietary criteria for determining the appropriateness of the inpatient setting on an initial and concurrent review basis, both acute and post-acute
* Determines and schedules concurrent review appropriately
* Provides all aspects of clinical decision making and support needed to perform utilization management, medical necessity determinations and benefit determinations for clinically complex services / coverage requests in a consistent manner and within established, product specific time frames.


* Reviews inpatient admissions, continued stays, telephonically or by other electronic means for length of stay (LOS), medical necessity, discharge planning and care coordination requirements / needs.
* Performs discharge planning for both acute and post-acute admissions.
* Identifies complex members and refers member to case management or disease management program based on member specific diagnoses, circumstances or psychosocial needs, and product / LOB program requirements.
* May require an onsite presence at assigned facilities
* Identifies potential High Risk High Needs members and presents at case rounds for inclusion of additional interventions.
* Identifies potential high cost members for reserve or re-insurance planning.

Outpatient/Precertification:


* Utilize industry standard / plan proprietary criteria for determining the appropriateness of

Exhibit A, p. 21

certain outpatient services and procedures.
* Identifies and determines medical necessity of out of network requests for services
* Redirects members and providers to in-network while adhering to Continuity of Care RI contract requirements.
* Conducts preauthorization of transplant requests using applicable coverage documents, InterQual or Medically Necessary Criteria.
* Proactively identifies trends in Utilization Management applicable to the precertification and outpatient UM processes.
* Interfaces between Precertification staff and providers when issues arise regarding policy interpretation, potential access availability or other quality assurance issues to ensure that members receive coverage decisions timely within all accrediting and regulatory guidelines.

Develop effective and collaborative relationships with key customers:


* With clinical and business staff of assigned facilities and physicians providing direct care to Rhode Island Together members in order to: actively participate in the assessment of the member's needs, matching the available in network provider and community services to those needs; recommend and facilitate adjustments to the care plan and services in place including the transition of OON admissions back into the network.
* With THP Medical Directors to determine ongoing coverage for inpatient services, including approved, denied and/or redirected services, ensuring that department business processes are followed or variances to the process are escalated, if needed, and agreed to and well documented
* Performs case documentation according to Department standards including but not limited to timely completion of daily tasks, timely management of assigned UM events and same day case data entry
* Coaches letter writers to assure that appropriate medical necessity language is clearly defined in the denial letter.
* Communicates frequently through the day with in network and non-network physicians, practices, facilities and/or allied health providers as appropriate.
* Communicates frequently through the day with external customers (agents acting on behalf of the provider or member or both) regarding the rational for a determination, as well as the status and disposition of cases, as appropriate.
* Orients new staff to role as needed.

Prepare cases for presentation at and actively participate in weekly UM/CM Integrated Rounds.

Maintains professional growth and development through self-directed learning activities and/or involvement in professional, civic, and community organizations.

Performs additional related duties as assigned.

3/4

Exhibit A, p. 22

EDUCATION:


* Registered Nurse with current, unrestricted MA and/or RI license
* BSN: Preferred

EXPERIENCE:


* Minimum of five years of clinical nursing experience of which a minimum of 3 years of UM experience, preferable in an inpatient setting or managed care environment.

SKILL REQUIREMENTS:


* Excellent interpersonal skills to form positive and collaborative relationships.
* Strong communication skills
* Excellent negotiation skills
* Ability to manage tasks to leverage non-clinical resources on team
* Use professional and clinical judgment to identify issues and escalate accordingly to a supervisor and relevant Tufts Health Plan departments
* Ability to apply nationally recognized standards to support utilization management
* Ability to use a laptop to accurately document utilization management activities adhering to department documentation standards
* Ability to work independently; highly motivated and self--directed with strong time management skills
* flexibility
* Proficiency with or ability to learn technology for initiating and participating in web/system based communications: webinar, instant messaging, thin client, soft phone or others
* Proficiency with or ability to learn technology based programs such as Microsoft Word and Excel; other programs as

Exhibit A, p. 23

# RN Inpatient Reviewer job

lensa.com/rn-inpatient-reviewer-jobs/newton/jd/a13f7024f1968fad145f45b56d42ab7f

## Job Description

The RN Inpatient Reviewer is a licensed professional that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of members across one or more types of inpatient settings; acute, subacute, acute rehabilitation, LTAC, CORF and others. The RN Inpatient Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid programs, or Federal programs or in and out of area (Carelink/Cigna).

The RN Inpatient Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The RN Inpatient Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan. A working understanding of departmental and corporate business objectives and accountability for outcome measures are critical to the RN Inpatient Reviewer's success in this role.

The RN Inpatient Reviewer provides timely, clinically appropriate and cost effective utilization management and discharge planning activities for THP members receiving services at her / his assigned facilities and may be required to float to provide coverage at unassigned facilities. Functions include but are not limited to; application of clinical relevant criteria sets in order to determine medical necessity, level of care and/or readiness for transition to a lesser level of care setting. The RN Inpatient Reviewer will develop effective working relationships with providers to facilitate the transition of the member through their continuum of care following department work processes and policies.

The RN Inpatient Reviewer will be expected to have direct experience with licensed clinical criteria sets (such as InterQual or MCG), THP proprietary Medical Necessity Guidelines and product specific payment policies. The RN Inpatient Reviewer may have responsibility for multiple types of service reimbursement models, depending upon the LOB and/or assigned facilities contractual arrangements. Examples include but may not be limited to DRG (APR and MS), case rate and/or per diem reimbursement models.

The RN Inpatient Reviewer works under the general direction of the Inpatient Team Manager or department Manager.

KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS* (in order of importance and as applicable to assigned role)
Provide a range of utilization management activities for members in an inpatient setting.

Exhibit A, p. 24

* Utilize industry standard / plan proprietary criteria for determining the appropriateness of the inpatient setting on an initial and concurrent review basis, both acute and post-acute (as noted above).
* Determines reimbursement methodology and schedules concurrent review appropriately
* Reviews inpatient admissions, continued stays, telephonically or by other electronic means for length of stay (LOS), medical necessity, discharge planning and care coordination requirements / needs.
* Identifies and determines medical necessity of out of network requests for services
* Performs discharge planning for both acute and post-acute admissions.
* Identifies complex members and refers member to case management or disease management program based on member specific diagnoses, circumstances or psycho social needs, and product / LOB program requirements.
* May require telephonic and/or onsite presence at assigned facilities
* Redirects members and providers to in network or in network preferred providers, including transition back to the Tufts Health Plan service area.
* Identifies potential High Risk High Needs members and presents at case rounds for inclusion of additional interventions.
* Identifies potential high cost members for reserve or re-insurance planning.
* May be required to conducts preauthorization of transplant requests
* Performs case documentation according to Department standards including but not limited to timely completion of daily tasks, timely management of assigned UM events and same day case data entry
* Mentor new and existing staff in process and system changes/updates
* Facilitate UM/CM rounds
* Become subject matter expert (SME's) to support the Inpatient Management Initiatives including but not limited to Progeny, OON Management, MedHok, Medical Trend Management, Cigna Self Insured accounts etc.
* Assist the Team Manager in day to day activities/assignments to the team as needed.
Develop effective and collaborative relationships with key customers:
* With clinical and business staff of assigned facilities and physicians providing direct care to THP members in order to: actively participate in the assessment of the member's needs, matching the available in network provider and community services to those needs; recommend and facilitate adjustments to the care plan and services in place including the transition of OON admissions back into the network.
* With THP Medical Directors to determine ongoing coverage for inpatient services, including approved, denied and/or redirected services, ensuring that department business processes are followed or variances to the process are escalated, if needed, and agreed to and well documented
* With entities who support the UM function of the Carelink product, Cigna Travel
* With partner departments in / across THP to coordinate and expedite clinical and administrative processes as needed

Exhibit A, p. 25

Prepare cases for presentation at and actively participate in weekly UM/CM Integrated Rounds.

Participate in committees or as team liaison as needed.

Maintains professional growth and development through self-directed learning activities and/or involvement in professional, civic, and community organizations.

Performs additional related duties as assigned.

This job was posted on Tue Jan 08 2019 and expired on Sun Jan 13 2019.

Exhibit A, p. 26

     



## Clinical RN Reviewer, Outpatient

**Tufts Health Plan** • Watertown, MA, US

⊘ This job is no longer accepting applications

 1 alum works here

We enjoy the important work we do every day on behalf of our members.

<u>Job Summary</u>

The Clinical Reviewer is a licensed professional – either a Registered Nurse preferred or Physical Therapist – that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of varied requests for services. The Clinical Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid and Senior Products (Medicare Advantage and SCO).

The Clinical Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Clinical Reviewer functions as a member of the Precert / Outpatient UM team and works under the general direction of the Precertification Team Manager or department Manager. The Clinical Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Clinical Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan.

<u>Job Description</u>

**KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS\*** (in order of importance)

- Provides all aspects of clinical decision making and support needed to perform utilization management, medical necessity determinations and benefit determinations using applicable coverage documents, purchased clinical guidelines or Medical Necessity Guidelines for clinically complex services / coverage requests in a consistent manner and within established, product specific time frames.
- Collaborates with Medical Directors when determination to deny a request is indicated, advising the Medical Directors on standard business processes, ensuring those processes are followed or variances to the process are escalated, if needed, and agreed to and well documented.
- Coaches letter writers to assure that appropriate medical necessity language is clearly defined in the denial letter.
- Communicates frequently through the day with in network and non-network physicians, practices, facilities and/or allied health providers.
- Communicates frequently through the day with members and other external customers (agents acting on behalf of the provider or member or both) regarding the rational for a determination, as well as the status and disposition of cases.
- Orients new staff to role as needed.
- Interfaces between Precertification staff and providers when issues arise regarding policy interpretation, potential access availability or other quality assurance issues to ensure that members receive coverage decisions timely within all accrediting and regulatory guidelines.
- Facilitates communication between Precertification and other internal Tufts Health Plan departments by acting as a liaison or committee member on the development or implementation of new programs.

**Seniority Level**
Associate

**Industry**
Insurance, Financial Services, Hospital & Health Care

**Employment Type**
Full-time

**Job Functions**
Health Care Provider

---



  Search

- Proactively identifies trends in Utilization Management applicable to the precertification and outpatient UM processes.
- Assists in the screening of appeal cases to provide clinical input as needed or requested.
- Models professionalism and leadership in all capacities of the position to all audiences.

_Requirements_

JOB QUALIFICATIONS: KNOWLEDGE/SKILLS/ABILITIES

_Education_
- Bachelor's degree in Nursing, Physical Therapy, Physiatry or other related field preferred
- Registered Nurse or Physical Therapist with current a and unrestricted Massachusetts license required

_Experience_
- Minimum of five years clinical experience in utilization management, case management or quality assurance preferred
- Previous experience in a managed care setting desirable

_Skill Requirements_
- Requires an individual with highly developed critical thinking skills and the ability to investigate, evaluate and problem solve using sound clinical judgment and business knowledge.
- Requires the ability to work in an extremely complex and potentially politically charged environment.
- Demonstrated skill in responding to inquiries from providers and/or members
- Must exhibit initiative and creativity in planning of work and be able to resolve cases correctly, effectively, expeditiously and within tight timeframes.
- Good organizational skills and a customer centered focus required.
- Individual must be able to use multiple software applications/ computer literate.
- Excellent oral and written communication skills required.

WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS: (include special requirements, e.g., lifting, travel, overtime)
- Fast paced business environment that requires prioritizing and balancing of multiple demands.
- Continuous use of PC and telephone required.
- Ability to adjust work schedule on short notice to adapt to departmental, case driven needs.

CONFIDENTIAL DATA: All information (written, verbal, electronic, etc.) that an employee encounters while working at Tufts Health Plan is considered confidential. Exposed to and required to deal with highly confidential and sensitive material and must adhere to corporate compliance policy, department guidelines/policies and all applicable laws and regulations at all times.

What we build together changes our customer's health for the better.We are looking for talented and innovative people to join our team.Come join us!

See less ∧

---

in PROFINDER

**Put your best foot forward with your application.**

Hire a resume writer.

 Travis Hedgpeth
Partner at The Hedgpeth Law ...

Request a free quote

---

■ PREMIUM

2

We're waiting on more data to deliver Competitive intelligence

---

Sr. Staff Product Risk Manager
Dräger
Andover, Massachusetts, United States

2 alumni work here

1 month ago · in Easy Apply

■ PREMIUM

Travis, land your dream job by learning skills.

COURSE
**Giving Your Elevator Pitch**
220,807 viewers

See my courses

Looking for talent?   Post a job

 Messaging

Search messages

Connections to Tufts Health Plan

Peter Rex
Serving People in Business

John-Michael Partesotti
Attorney-Adviser, Office of the So...

View all ∨

Recent

Scott Armanini
Sponsored · Exclusive In...

Jen & the Sales Navig...
LinkedIn Offer · Find lea...

SUPREMEiP Law Firm...
Sponsored · Trademark ...

Jen & the Sales Navigator T...
LinkedIn Offer · Is your LinkedIn...

Yosiat Gimbernard
Sponsored · It's Time to ...

Morgan Warren
Morgan: Hello Travis, As a leader...

Zack Bowlby
Zack: Hello Travis, ROI Amplified...

Carl Wilson

 Exhibit A, p. 28

 

**Clinician Outpatient Reviewer RN**

Tufts Health Plan • Watertown, MA, US

Posted 2 weeks ago • Be among the first 25 applicants

Save    Apply

We enjoy the important work we do every day on behalf of our members.

**Job Summary**

The Clinical Reviewer is a licensed professional – either a Registered Nurse preferred or Physical Therapist – that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of varied requests for services. The Clinical Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid and Medicare (Unify).

The Clinical Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Clinical Reviewer functions as a member of the Precert / Outpatient UM team and works under the general direction of the Precertification Team Manager or department Manager. The Clinical Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Clinical Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan.

**Job Description**

- Provides all aspects of clinical decision making and support needed to perform utilization management, medical necessity determinations and benefit determinations using applicable coverage documents, purchased clinical guidelines or Medical Necessity Guidelines for clinically complex services / coverage requests in a consistent manner and within established, product specific time frames.
- Collaborates with Medical Directors when determination to deny a request is indicated, advising the Medical Directors on standard business processes, ensuring those processes are followed or variances to the process are escalated, if needed, and agreed to and well documented.
- Assures that appropriate medical necessity language is clearly defined in the denial letter.
- Communicates frequently through the day with in network and non-network physicians, practices, facilities and/or allied health providers.
- Communicates frequently through the day with members and other external customers (agents acting on behalf of the provider or member or both) regarding the rational for a determination, as well as the status and disposition of cases.
- Orients new staff to role as needed.
- Interfaces between Precertification staff and providers when issues arise regarding policy interpretation, potential access availability or other quality assurance issues to ensure that members receive coverage decisions timely within all accrediting and regulatory guidelines.
- Facilitates communication between Precertification and other internal Tufts Health Plan departments by acting as a liaison or committee member on the development or implementation of new programs.
- Provides input to the Medical Policy Department regarding the development of Medical Necessity Guidelines and adding input to purchased criteria through participation in the IMPAC.
- Proactively identifies trends in Utilization Management applicable to the precertification and outpatient UM process.

**Seniority Level**
Entry level

**Industry**
Insurance, Financial Services, Hospital & Health Care

**Employment Type**
Full-time

**Job Functions**
Health Care Provider



Set alert for similar jobs

People also viewed

Physical Therapist
Post Physical Therapy
02210, Boston, Massachusetts, United States
Be an early applicant
2 weeks ago • Easy Apply

Nursing Manager
The PromptCare Companies
Boston, Massachusetts, United States
Be an early applicant
2 weeks ago

Research Nurse, (FT) Clinical, Thoracic
Dartmouth-Hitchcock
Lebanon, NH, US
Be an early applicant
2 weeks ago

Supervisor Clinical Nurse
Landmark Health
Westborough, Massachusetts
Be an early applicant
2 weeks ago • Easy Apply

Messaging

Search messages

Connections to Tufts Health Plan

Peter Rex
Recreating the Earth. Built a $Billi...

John-Michael Partesotti
Attorney-Adviser, Office of the So...

View all

Messages

Kat de Lara
LinkedIn Offer • New job...

Sally Drake, RN, BSN, CCM
InMail • hi Travis, this is Sally Dr...

Scott Armanini
Sponsored • Exclusive In...

Jen & the Sales Navig...
LinkedIn Offer • Find lea...

SUPREMEiP Law Firm...
Sponsored • Trademark ...

Jen & the Sales Navigator T...
LinkedIn Offer • Is your LinkedIn...

Yosiat Gimbernard
Sponsored • It's Time to ...

Morgan Warren

Exhibit A, p. 29



More           Create Blog   Sign In

# Nurses Vacancy in Massachusetts

---

Friday, February 23, 2018

## RN Outpatient Reviewer, Precertification Vacancy At Tufts Health Plan In Watertown

 Tufts Health Plan is in need of RN Outpatient Reviewer, Precertification on Fri, 23 Feb 2018 21:09:04 GMT. Registered **Nurse** or Physical Therapist with current a and unrestricted Massachusetts license required. The Clinical Reviewer is a licensed professional --...

**RN Outpatient Reviewer, Precertification**

**Location:** Watertown, Massachusetts

**Description:** Tufts Health Plan is in need of RN Outpatient Reviewer, Precertification right now, this vacancy will be situated in Massachusetts. For complete informations about this vacancy opportunity please give attention to these descriptions. The Clinical Reviewer is a licensed professional -- either a Registered Nurse or Physical Therapist -- that is expected to function independently in her / his role and is responsible for managing a clin ically complex caseload of varied requests for services. The Clinical Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid and Senior Products (Medicare Advantage and SCO).

The Clinical Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Clinical Reviewer functions as a member of the Precert / Outpatient UM team and works under the general direction of the Precertification Team Manager or department Manager. The Clinical Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Clinical Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan.

KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS* (in order of importance)

- Provides All Aspects Of Clinical Decision Making And Support Needed To Perform Utilization Management, Medical Necessity Determinations And Benefit Determinations Using Applicable Coverage Documents, Purchased Clinical Guidelines Or Medical Necessity Guidelines For Clinically Complex Services / Coverage Requests In A Consistent Manner And Within Established, Product Specific Time Frames.

- Collaborates With Medical Directors When Determination To Deny A Request Is Indicated, Advising The Medical Directors On Standard Business Processes, Ensuring Those Processes Are Followed Or Variances To The Process Are Escalated, If Needed, And Agreed To And Well Documented.

- Coaches Letter Writers To Assure That Appropriate Medical Necessity Language Is Clearly Defined In The Denial Letter.

- Communicates Frequently Through The Day With In Network And Non-Network Physicia Ns, Practices, Facilities And/Or Allied Health Providers.

---

### Search Nurses Vacancy in Massachusetts

[ ] Search

### Share This Job

0

### Popular Nurses Vacancy in Massachusetts

**Nursing Assistant Vacancy At St. Elizabeths Medical Center In Boston**
St. Elizabeths Medical Center Is In Need Of Nursing Assistant On Wed, 25 Sep 2013 13:31:09 GMT. Summary: Provide Personal Care And Assistanc...

**Behavioral Health Registered At Bay State Community Service**
Bay State Community Services
Behavioral Health Registered In

infolinks

Exhibit A, p. 31

- Communicates Frequently Through The Day With Members And Other External Customers (Agents Acting On Behalf Of The Provider Or Member Or Both) Regarding The Rational For A Determination, As Well As The Status And Disposition Of Cases.

- Orients New Staff To Role As Needed.

- Interfaces Between Precertification Staff And Providers When Issues Arise Regarding Policy Interpretation, Potential Access Availability Or Other Quality Assurance Issues To Ensure That Members Receive Coverage Decisions Timely Within All Accrediting And Regulatory Guidelines.

- Facilitates Communication Between Precertification And Other Internal Tufts Health Plan Departments By Acting As A Liaison Or Committee Member On The Development Or Implementation Of New Programs.

- Provides Input To The Medical Policy Department Regarding The Development Of Medical Necessity Guidelines And Adding Input To Purchased Crit Eria Through Participation In The IMPAC.

- Proactively Identifies Trends In Utilization Management Applicable To The Precertification And Outpatient UM Processes.

- Assists In The Screening Of Appeal Cases To Provide Clinical Input As Needed Or Requested.

- Models Professionalism And Leadership In All Capacities Of The Position To All Audiences.

**EDUCATION:**

- Bachelor's Degree In Nursing, Physical Therapy, Physiatry Or Other Related Field Preferred

- Registered Nurse Or Physical Therapist With Current A And Unrestricted Massachusetts License Required

**EXPERIENCE:**

- Minimum Of Five Years Clinical Experience In Utilization Management, Case Management Or Quality Assurance Preferred

- Previous Experience In A Managed Care Setting Desirable

**SKILL REQUIREMENTS:**

- Requires An Individual With Highly Developed Critical Thinking Skills And The Ability To Investigate, Evaluate And Problem Solve Using Sound Clinical Judgment And Business Knowledge.

- Requires The Ability To Work In An Extremely Complex And Potentially Politically Charged Environment.

- Demonstrated Skill In Responding To Inquiries From Providers And/Or Members

- Must Exhibit Initiative And Creativity In Planning Of Work And Be Able To Resolve Cases Correctly, Effectively, Expeditiously And Within Tight Timeframes.

- Good Organizational Skills And A Customer Centered Focus Required.

- Individual Must Be Able To Use Multiple Software Applications/ Computer Literate.

- Excellent Oral And Written Communication Skills Required.

**WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS:** (include special requirements, e.g., lifting, travel, overtime)

- Fast Paced Business Environment That Requires Prioritization And Balancing Of Multiple Demands.

- Continuous Use Of PC And Telephone Required.

- Ability To Adjust Work Schedule On Short Notice To Adapt To Departmental, Case Driven Needs.

**CONFIDENTIAL DATA:** All information (written, verbal, electronic, etc.) that an employee encounters while working at Tufts Health Plan is considered confidential. Exposed to and required to deal with highly confidential and sensitive material and must adhere to corporate compliance policy, department guidelines/policies and all applicable laws and regulations at all times.

---

May 2018 03:22:32 GMT. The N Responsib...

**Nurse Practitioner Job At Home Health VNA (Merrimack Valley Hospice) In Lawrence**
Home Health VNA (Merrimack Valley Hospice) Is Hiring Nurse Practitioner On Sun, 08 Dec 2013 07:12:04 GMT. Hospice And Palliative Care, Nurse...

**Unit Clerk/ Medical Records Assistant. Licensed Staff. CNA Occupation At Sterling Village In Sterling**
Sterling Village Is Looking Of Unit Clerk/ Medical Records Assistant. Licensed Staff. CNA On Fri, 20 Sep 2013 03:57:06 GMT. Sterling Village...

**CASE MGMT SPECIALIST Position At Genzyme Corporation In Cambridge**
Genzyme Corporation Is Employing CASE MGMT SPECIALIST On Wed, 04 Dec 2013 06:13:48 GMT. Includes, But Is Not Limited To: Renal Dieticians, S...

**PT, Physical Therapist, Home Health, Sign-On Bonus, Per Diem, Easton Area Job At BAYADA Home Health Care In South Easton**
BAYADA Home Health Care Is At Present Looking To Employ PT, Physical Therapist, Home Health, Sign-On Bonus, Per Diem, Easton Area On Mon, 30...

**TEMPORARY OPPORTUNITIES-UNION HOSPITAL Job At North Shore Medical Center In Lynn**
North Shore Medical Center Is Employing TEMPORARY OPPORTUNITIES-UNION HOSPITAL On Sun, 31 Mar 2013 15:14:32 GMT. Look Up New Window Ht...

**Resident Care Director / Wellness Nurse Manager /Sign-On Bonus!! Occupation At Atria Senior Living In Falmouth**
Atria Senior Living Is In Need Of Resident Care Director / Wellness Nurse Manager /Sign-On Bonus!! On Wed, 20 Nov 2013 18:09:57 GMT. Atria S...

**Medical Specialist, RN - Insurance Job At Liberty Mutual In Beverly**
Liberty Mutual Is At Present Looking To Employ Medical Specialist, RN - Insurance On Mon, 01 Jan 2018 15:54:05 GMT. Current Unrestricted Reg...

**Ambulatory & Transitional Case Manager Occupation At Lahey Health In Burlington**
Lahey Health Is Hiring Ambulatory & Transitional Case Manager On Thu, 04 Jul 2013 13:01:12 GMT. Responsibilities Clinical Judgment And D...

---

### Nurses Vacancy in Massachusetts Archive

▼ **2018** (25)
   ► **May** (11)
   ► **April** (4)
   ▼ **February** (3)
     Mental Health Case Mana
     Career At Commonwea

     STAFF NURSE / 32 HOU
     VARIABLE SHIFT / BW


infolinks

# Clincal Outpatient Reviewer - RN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ziprecruiter.com**/c/Tufts-Health-Plan/Job/Clinical-Outpatient-Reviewer-RN/-in-Watertown,MA

## Similar Jobs

Clinical Services Project Manager



TriNetX Cambridge, MA

Full-Time

Clinical Services Project Manager/Director



TriNetX Inc Cambridge, MA

Quick Apply Full-Time

Clinician / LPHA- Adult Community Clinical Services (ACCS)



Community Healthlink Worcester, MA

Part-Time

Clinical Services Administrative Coordinator



Child and Family Psychological Services Wellesley, MA

Quick Apply Full-Time

Director of Clinical Services



CareOne Management, LLC Marlborough, MA

Full-Time

Director of Pharmacy (DOP) - Director of Clinical Services

Exhibit A, p. 33

HHA / CNA (Private Home Care) Immediate Availability (Framingham area)



Professional Nursing Placement Services, Inc. Hopkinton, MA

Quick Apply $15 to $18 Hourly Part-Time

Director of Clinical Development



Eliot Community Human Services Jamaica Plain, MA

Full-Time

The Clinical Reviewer is a licensed professional -- either a Registered Nurse preferred or Physical Therapist -- that is expected to function independently in her / his role and is responsible for managing a clinically complex caseload of varied requests for services. The Clinical Reviewer is responsible for making the determination of medical necessity and, therefore, benefit coverage for multiple products / lines of business; such as Commercial (FI, SI and exchange products), state specific Medicaid and Senior Products (Medicare Advantage and SCO). The Clinical Reviewer ensures consistent and timely disposition of coverage decisions as required by product specific compliance and regulatory time frames. The Clinical Reviewer functions as a member of the Precert / Outpatient UM team and works under the general direction of the Precertification Team Manager or department Manager. The Clinical Reviewer is expected to demonstrate the ability to work independently as well as collaboratively within a team environment. The Clinical Reviewer will be expected to demonstrate sound clinical and health plan business knowledge in their decision making processes, on behalf of the health plan. KEY RESPONSIBILITIES/ESSENTIAL FUNCTIONS* (in order of importance) * Provides all aspects of clinical decision making and support needed to perform utilization management, medical necessity determinations and benefit determinations using applicable coverage documents, purchased clinical guidelines or Medical Necessity Guidelines for clinically complex services / coverage requests in a consistent manner and within established, product specific time frames. * Collaborates with Medical Directors when determination to deny a request is indicated, advising the Medical Directors on standard business processes, ensuring those processes are followed or variances to the process are escalated, if needed, and agreed to and well documented. * Coaches letter writers to assure that appropriate medical necessity language is clearly defined in the denial letter. * Communicates frequently through the day with in network and non-network physicians, practices, facilities and/or allied health providers. * Communicates frequently through the day with members and other external customers (agents acting on behalf of the provider or member or both) regarding the rational for a determination, as well as the status and disposition of cases. * Orients new staff to role as

Exhibit A, p. 34

needed. * Interfaces between Precertification staff and providers when issues arise regarding policy interpretation, potential access availability or other quality assurance issues to ensure that members receive coverage decisions timely within all accrediting and regulatory guidelines. * Facilitates communication between Precertification and other internal Tufts Health Plan departments by acting as a liaison or committee member on the development or implementation of new programs. * Provides input to the Medical Policy Department regarding the development of Medical Necessity Guidelines and adding input to purchased criteria through participation in the IMPAC. * Proactively identifies trends in Utilization Management applicable to the precertification and outpatient UM processes. * Assists in the screening of appeal cases to provide clinical input as needed or requested. * Models professionalism and leadership in all capacities of the position to all audiences. EDUCATION: * Bachelor's degree in Nursing, Physical Therapy, Physiatry or other related field preferred * Registered Nurse or Physical Therapist with current a and unrestricted Massachusetts license required EXPERIENCE: * Minimum of five years clinical experience in utilization management, case management or quality assurance preferred * Previous experience in a managed care setting desirable SKILL REQUIREMENTS: * Requires an individual with highly developed critical thinking skills and the ability to investigate, evaluate and problem solve using sound clinical judgment and business knowledge. * Requires the ability to work in an extremely complex and potentially politically charged environment. * Demonstrated skill in responding to inquiries from providers and/or members * Must exhibit initiative and creativity in planning of work and be able to resolve cases correctly, effectively, expeditiously and within tight timeframes. * Good organizational skills and a customer centered focus required. * Individual must be able to use multiple software applications/ computer literate. * Excellent oral and written communication skills required. WORKING CONDITIONS AND ADDITIONAL REQUIREMENTS: (include special requirements, e.g., lifting, travel, overtime) * Fast paced business environment that requires prioritization and balancing of multiple demands. * Continuous use of PC and telephone required. * Ability to adjust work schedule on short notice to adapt to departmental, case driven needs. CONFIDENTIAL DATA: All information (written, verbal, electronic, etc.) that an employee encounters while working at Tufts Health Plan is considered confidential. Exposed to and required to deal with highly confidential and sensitive material and must adhere to corporate compliance policy, department guidelines/policies and all applicable laws and regulations at all times. Equal Opportunity Employer Minorities/Women/Protected Veterans/Disabled

## Tufts Health Plan

## Address

Watertown, MA
02471 USA

Exhibit A, p. 35

# Get fresh Outpatient RN jobs daily straight to your inbox!

By clicking the button above, I agree to the ZipRecruiter Terms of Use and acknowledge I have read the Privacy Policy, and agree to receive email job alerts.

Exhibit A, p. 36

# EXHIBIT B

## 28 U.S.C. § 1746 DECLARATION OF PATRICIA KING IN SUPPORT OF PROCEEDING AS A COLLECTIVE ACTION

I am over the age of 18, am competent to testify to the following from personal experience and knowledge, and declare as follows:

1.      Tufts Associated Health Maintenance Organization, Inc. and Tufts Health Public Plans, Inc. (collectively, "Defendant" or "Tufts") employed me and other workers ("Utilization Review Employees" or "UREs") to produce the ongoing, day-to-day utilization management services that Tufts provides as a key component of the medical management services that Defendant is in business to provide to its customers.

2.      In order to provide its utilization management services, Tufts required me and other UMEs to spend our workdays determining whether to approve health insurance benefit requests ("Insurance Claims") based on whether requisite criteria were present in the health plan participant's clinical information: If the criteria were present, the claim was approved; if absent, Tufts' company policy required me to send the Insurance Claim to a licensed physician for "peer review" to determine whether Tufts would approve or deny an insurance claim for "not meeting criteria."

3.      Tufts employed me as a URE from approximately February 2015 to January 2018. Tufts referred to my "technical job title" in multiple ways during my employment, including referring to me as a Medical Management Nurse, Utilization Review Clinician, Clinical RN Reviewer, RN Inpatient Reviewer, Inpatient Reviewer, Utilization Management/Review Registered Nurse, UM RN, and UR RN. Regardless of how Tufts referred to my position, my job duties remained the same and primarily consisted of non-clinical Utilization Review Work.

4.      During my employment, Defendant would refer to UREs collectively as "Utilization Management/Review Clinicians." Defendant did so, despite the fact that the Utilization Review Work primarily performed by other URES and I did not involve working as a registered nurse, mental health professional or physician. In fact, my job duties did not involve providing traditional nursing or mental health care in a clinical setting, exercising clinical judgment, or providing direct medical care to individuals. Rather, I performed my work as a URE remotely and in a call center environment, applying and communicating Tufts' practices, procedures, guidelines and criteria for the approval of Insurance Claims.

5.      I did not function as a registered nurse as a URE. In fact, Defendant did not require a master's degree or licensure as a registered nurse, licensed social worker

Ex. B, p. 1

DocuSign Envelope ID: BE04A8B5-0C8E-42CD-8514-C24501A626AD

or mental health professional to work as a URE. For example, I worked with at least one URE who qualified for her position despite only possessing licensure as a Licensed Practical Nurse (LPN).

6.      I performed my work as a URE in accordance with Tufts' policies, procedures, guidelines, and criteria/guidelines embedded in Tufts' computer software. Tufts provided me with training on how to use these decision-making tools—which detailed a course of action for nearly every contingency I encountered during my employment—to perform my work in a highly consistent and accurate manner. I could not significantly deviate from Defendant's guidelines or criteria in performing my Utilization Management Work. And, under no circumstance, did I ever have the authority to deny a member's benefit or service request. This is because Tufts had a strict policy prohibiting anyone other than a licensed physician from denying a member's health insurance benefit request.

7.      I performed my work as a URE on a remote basis and in a call center environment. Tufts provided me with the necessary computer equipment and electronic access to perform my work this way. Regardless of where I performed my work, my job duties remained non-clinical and primarily consisted of Utilization Review Work.

8.      As a URE, I was a rule follower, not a rule maker. I had no role or involvement in creating or changing the policies, procedures, guidelines and criteria that Defendant required me to follow and apply to perform my Utilization Review Work. Rather, I was required to strictly apply Defendant's designated procedures, guidelines and criteria in performing my Utilization Review Work. Failure to meet Tufts' accuracy requirements in applying its criteria to approve Insurance Claims would have resulted in poor performance reviews, corrective action, and eventual termination.

9.      I routinely worked 8 to 12 hours per day and over 40 hours per week during my employment as a URE. Despite regularly working over 40 hours per week, Tufts denied me overtime pay for all overtime hours worked. Instead of paying me overtime my working over 40 hours a week, Tufts subjected other UREs and I to its companywide misclassification scheme that classified us as exempt, paid us a salary, and denied us all overtime pay for all the overtime hours we worked.

10.      Based on my experience working for Tufts, I understand that Tufts employed at least 50 UREs in Massachusetts and several more across the country who worked under the same conditions as I did during my employment. Like me, these UREs primarily performed Utilization Review Work, regularly worked

overtime, and were subjected to Tufts' misclassification scheme that that denied all UREs overtime pay for all overtime hours we worked. The duties, hours and pay policies did not depend on where we performed our work, but instead was a product of being employed as URE by Tufts.

11.    I base my belief and knowledge of Tufts' policies and pay practices on (1) conversations I had during my employment with other URES who talked to me about their job duties, hours of work, and how Tufts paid them; (2) training calls/webinars that I attended with UREs; (3) training seminars I attended with other UREs; and (4) observations of other UREs performing Utilization Review Work while working hours similar to those I worked while working for Tufts in a call center environment.

12.    I believe that other current and former UREs subjected to Tufts' Overtime Misclassification Policy would join this case if they were aware of its existence. I do not presently recall the names, telephone numbers, and addresses of all of the individuals with whom I was familiar while working for Tufts; however, I believe multiple UREs I worked would join this case (or may have already done so) or would be eligible to do so if they knew of its existence and were not afraid of retaliation.

13.    I know that other UREs and I rely heavily on our cell phones and computers for both personal and professional communications based on my conversations with coworkers. I personally use my cell phone and computer to communicate with friends, family and attorneys through email, text message and phone calls. In fact, while working for Tufts, managers and other co-workers would often contact me by text or phone call—rather than by email or snail mail—about work. Although I receive mail, I also routinely receive a significant amount of junk mail and am unlikely to read my mail unless I know to expect a letter or package. If I did not know anything about this case, I would be far more likely to receive and read a notice that was either emailed or texted to me.

14.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on ___11/12/2019_____.

DocuSigned by:

*Patricia king*

43DCEBA3D06745B...
_____
PATRICIA KING

# EXHIBIT C

## 28 U.S.C. § 1746 DECLARATION OF SALLY DRAKE IN SUPPORT OF PROCEEDING AS A COLLECTIVE ACTION

I am over the age of 18, am competent to testify to the following from personal experience and knowledge, and declare as follows:

1.      Tufts Associated Health Maintenance Organization, Inc. and Tufts Health Public Plans, Inc. (collectively, "Defendant" or "Tufts") employed me and other workers ("Utilization Review Employees" or "UREs") to produce the ongoing, day-to-day utilization management services that Tufts provides as a key component of the medical management services that Defendant is in business to provide to its customers.

2.      In order to provide its utilization management services, Tufts required me and other UMEs to spend our workdays determining whether to approve health insurance benefit requests ("Insurance Claims") based on whether requisite criteria were present in the health plan participant's clinical information: If the criteria were present, the claim was approved; if absent, Tufts' company policy required me to send the Insurance Claim to a licensed physician for "peer review" to determine whether Tufts would approve or deny an insurance claim for "not meeting criteria."

3.      Tufts employed me as a URE from approximately May 2017 to June 2019. Tufts referred to my "technical job title" in multiple ways during my employment, including referring to me as a Utilization Review Regional Care Manager, Outpatient Utilization Management RN, Clinical Outpatient Nurse Reviewer, Utilization Review Clinician, Utilization Review Nurse and RN Outpatient Reviewer. Regardless of how Tufts referred to my position, my job duties remained the same and primarily consisted of non-clinical Utilization Review Work.

4.      During my employment, Defendant would refer to UREs collectively as "Utilization Management/Review Clinicians." Defendant did so, despite the fact that the Utilization Review Work primarily performed by other UREs and I did not involve working as a registered nurse, mental health professional or physician. My job duties did not involve providing nursing or mental health care in a clinical setting, providing direct medical or mental health care to individuals, or exercising clinical judgment to diagnose or provide treatment to individuals with mental health or medical issues. Instead, I performed my work as a CME remotely and in a call center environment, applying and communicating Tuft's practices, procedures, guidelines and criteria for the approval of Insurance Claims.

5.      I performed my work as a URE in accordance with Tufts' policies, procedures, guidelines, and criteria/guidelines embedded in Tufts' computer software. Tufts provided me with training on how to use these decision-making tools—which detailed

Ex. C, p. 1

a course of action for nearly every contingency I encountered during my employment—to perform my work in a highly consistent and accurate manner. I could not significantly deviate from Defendant's guidelines or criteria in performing my Utilization Management Work. And, under no circumstance, did I ever have the authority to deny a member's benefit or service request. This is because Tufts had a strict policy prohibiting anyone other than a licensed physician from denying a member's health insurance benefit request.

6.      I performed my work as a URE on a remote basis and in a call center environment. Tufts provided me with the necessary computer equipment and electronic access to perform my work this way. Regardless of where I performed my work, my job duties remained non-clinical and primarily consisted of Utilization Review Work.

7.      As a URE, I was a rule follower, not a rule maker. I had no role or involvement in creating or changing the policies, procedures, guidelines and criteria that Defendant required me to follow and apply to perform my Utilization Review Work. Rather, I was required to strictly apply Defendant's designated procedures, guidelines and criteria in performing my Utilization Review Work. Failure to meet Tufts' accuracy requirements in applying its criteria to approve Insurance Claims would have resulted in poor performance reviews, corrective action, and eventual termination.

8.      During my employment as a URE, I typically worked at least 9.5 per day and 47.5 per week. Despite regularly working over 40 hours per week, Tufts denied me overtime pay for all overtime hours worked. Instead of paying me overtime my working over 40 hours a week, Tufts subjected other UREs and I to its companywide misclassification scheme that classified us as exempt, paid us a salary, and denied us all overtime pay for all the overtime hours we worked.

9.      Based on my experience working for Tufts, I understand that Tufts employed at least 50 UREs in Massachusetts and several more across the country who worked under the same conditions as I did during my employment. Like me, these UREs primarily performed Utilization Review Work, regularly worked overtime, and were subjected to Tufts' misclassification scheme that that denied all UREs overtime pay for all overtime hours we worked.  The duties, hours and pay policies did not depend on where we performed our work, but instead was a product of being employed as URE by Tufts.

10.      I base my belief and knowledge of Tufts' policies and pay practices on (1) conversations I had during my employment with other URES who talked to me about their job duties, hours of work, and how Tufts paid them; (2) training calls/webinars that I attended with UREs; (3) training seminars I attended with other UREs; and (4)

observations of other UREs performing Utilization Review Work while working hours similar to those I worked while working for Tufts in a call center environment.

11.    I believe that other current and former UREs subjected to Tufts' Overtime Misclassification Policy would join this case if they were aware of its existence. I do not presently recall the names, telephone numbers, and addresses of all of the individuals with whom I was familiar while working for Tufts; however, I believe multiple UREs I worked would join this case (or may have already done so) or would be eligible to do so if they knew of its existence and were not afraid of retaliation.

12.    I know that other CMEs and I rely heavily on our cell phones and computers for both personal and professional communications based on my conversations with coworkers. I personally use my cell phone and computer to communicate with friends, family and attorneys through email, text message and phone calls. In fact, while working for Tufts, managers and other co-workers would often contact me by text or phone call—rather than by email or snail mail—about work. Although I receive mail, I also routinely receive a significant amount of junk mail and am unlikely to read my mail unless I know to expect a letter or package. If I did not know anything about this case, I would be far more likely to receive and read a notice that was either emailed or texted to me.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/8/2019_____.

DocuSigned by:

*Sally Drake*

16BC7BA7E189468...

SALLY DRAKE

Ex. C, p. 3

# EXHIBIT D

## 28 U.S.C. § 1746 DECLARATION OF CHRISTOPHER KAIRUMBA IN SUPPORT OF PROCEEDING AS A COLLECTIVE ACTION

I am over the age of 18, am competent to testify to the following from personal experience and knowledge, and declare as follows:

1.      Tufts Associated Health Maintenance Organization, Inc. and Tufts Health Public Plans, Inc. (collectively, "Defendant" or "Tufts") employed me and other workers ("Utilization Review Employees" or "UREs") to produce the ongoing, day-to-day utilization management services that Tufts provides as a key component of the medical management services that Defendant is in business to provide to its customers.

2.      In order to provide its utilization management services, Tufts required me and other UMEs to spend our workdays determining whether to approve health insurance benefit requests ("Insurance Claims") based on whether requisite criteria were present in the health plan participant's clinical information: If the criteria were present, the claim was approved; if absent, Tufts' company policy required me to send the Insurance Claim to a licensed physician for "peer review" to determine whether Tufts would approve or deny an insurance claim for "not meeting criteria."

3.      Tufts employed me as a URE from approximately November 2016 to October 2017. Tufts referred to my "technical job title" in multiple ways during my employment, including referring to me as a Utilization Manager, Utilization Management Registered Nurse, UM RN, Inpatient Reviewer and RN Inpatient Reviewer. Regardless of how Tufts referred to my position, my job duties remained the same and primarily consisted of non-clinical Utilization Review Work.

4.      During my employment, Defendant would refer to UREs collectively as "Utilization Management/Review Clinicians." Defendant did so, despite the fact that the Utilization Review Work primarily performed by other URES and I did not involve working as a registered nurse, mental health professional or physician. In fact, my job duties did not involve providing traditional nursing or mental health care in a clinical setting, exercising clinical judgment, or providing direct medical care to individuals. Rather, I performed my work as a URE remotely and in a call center environment, applying and communicating Tufts' practices, procedures, guidelines and criteria for the approval of Insurance Claims.

5.      I performed my work as a URE in accordance with Tufts' policies, procedures, guidelines, and criteria/guidelines embedded in Tufts' computer software. Tufts provided me with training on how to use these decision-making tools—which

detailed a course of action for nearly every contingency I encountered during my employment—to perform my work in a highly consistent and accurate manner. I could not significantly deviate from Defendant's guidelines or criteria in performing my Utilization Management Work. And, under no circumstance, did I ever have the authority to deny a member's benefit or service request. This is because Tufts had a strict policy prohibiting anyone other than a licensed physician from denying a member's health insurance benefit request.

6.      I performed my work as a URE on a remote basis and in a call center environment. Tufts provided me with the necessary computer equipment and electronic access to perform my work this way. Regardless of where I performed my work, my job duties remained non-clinical and primarily consisted of Utilization Review Work.

7.      As a URE, I was a rule follower, not a rule maker. I had no role or involvement in creating or changing the policies, procedures, guidelines and criteria that Defendant required me to follow and apply to perform my Utilization Review Work. Rather, I was required to strictly apply Defendant's designated procedures, guidelines and criteria in performing my Utilization Review Work. Failure to meet Tufts' accuracy requirements in applying its criteria to approve Insurance Claims would have resulted in poor performance reviews, corrective action, and eventual termination.

8.      I routinely worked in excess of 8 hours per day and 40 hours per week during my employment as a URE. Despite regularly working over 40 hours per week, Tufts denied me overtime pay for all overtime hours worked. Instead of paying me overtime my working over 40 hours a week, Tufts subjected other UREs and I to its companywide misclassification scheme that classified us as exempt, paid us a salary, and denied us all overtime pay for all the overtime hours we worked.

9.      Based on my experience working for Tufts, I understand that Tufts employed at least 50 UREs in Massachusetts and several more across the country who worked under the same conditions as I did during my employment. Like me, these UREs primarily performed Utilization Review Work, regularly worked overtime, and were subjected to Tufts' misclassification scheme that that denied all UREs overtime pay for all overtime hours we worked.  The duties, hours and pay policies did not depend on where we performed our work, but instead was a product of being employed as URE by Tufts.

10.      I base my belief and knowledge of Tufts' policies and pay practices on (1) conversations I had during my employment with other URES who talked to me

Ex. D, p. 2

about their job duties, hours of work, and how Tufts paid them; (2) training calls/webinars that I attended with UREs; (3) training seminars I attended with other UREs; and (4) observations of other UREs performing Utilization Review Work while working hours similar to those I worked while working for Tufts in a call center environment.

11.     I believe that other current and former UREs subjected to Tufts' misclassification scheme would join this case if they were aware of its existence. I do not presently recall the names, telephone numbers, and addresses of all of the individuals with whom I was familiar while working for Tufts; however, I believe multiple UREs I worked would join this case (or may have already done so) or would be eligible to do so if they knew of its existence and were not afraid of retaliation.

12.     I know that other UREs and I rely heavily on our cell phones and computers for both personal and professional communications based on my conversations with coworkers. I personally use my cell phone and computer to communicate with friends, family and attorneys through email, text message and phone calls. In fact, while working for Tufts, managers and other co-workers would often contact me by text or phone call—rather than by email or snail mail—about work. Although I receive mail, I also routinely receive a significant amount of junk mail and am unlikely to read my mail unless I know to expect a letter or package. If I did not know anything about this case, I would be far more likely to receive and read a notice that was either emailed or texted to me.

13.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/5/2019_____ .

DocuSigned by:

*Christopher Kairumba*

_____

CHRISTOPHER KAIRUMBA

# EXHIBIT E

Health Plan Accreditation Guide, Version 7.3

# Table of Contents

Copyright: Health Plan                                                                                          4

Message from URAC                                                                                               5

MEASURES: Health Plan (HP) and Health Insurance Marketplace (HIM) Memo                                          6

Florida Addendum for Health Plan Accreditation                                                                  7

Introduction to URAC Accreditation Guides and Standards                                                        10

Scoring Methodology                                                                                            13

Glossary: Health Accreditation Guides and Standards                                                            19

Crosswalk between Core V2.1 & V3.0                                                                             42

Crosswalk: Health Plan (v. 7.2 to 7.3) and Health Plan with Health Insurance Marketplace (v 7.2 to 7.3)        43

Applicability of Core Organizational Quality Standards, Version 3.0                                            45

Medical Loss Ratio (MLR) & URAC Accreditation Fees                                                            46

MLR Table: CORE, Version 3.0                                                                                   51

MLR Table: Health Plan, Version 7.3                                                                            55

CORE, Version 3.0                                                                                              67

      Organizational Structure                                                   67

      Policies and Procedures                                                    71

      Regulatory Compliance                                                      75

      Inter-Departmental Coordination                                            78

      Oversight of Delegated Functions                                           80

      Marketing and Sales Communications                                         90

      Business Relationships                                                     92

      Information Management                                                     96

      Quality Management                                                        109

      Staff Qualifications                                                      129

      Staff Management                                                          133

      Clinical Staff Credentialing and Oversight Role                           140

      Health Care System Coordination                                           154

      Consumer Protection and Empowerment                                       156

Health Plan, Version 7.3                                                                                      164

      Network Management                                                        164

      Credentialing                                                             206

      Member Relations                                                          247

      Quality Management                                                        272

      Health Plan Operations                                                    294

      Compliance Program                                                        318

Exhibit E, p. 2

Mental Health Parity                                                    320

Health Utilization Management                                          326

Measures Reporting                                                     421

Exhibit E, p. 3



## Glossary for Health Accreditation Standards

**Health benefit plan**: A policy, contract, certificate or agreement offered or issued by a health issuer to provide, deliver, arrange for, pay for or reimburse any of the costs of health care services.

Source: 2008 NAIC Health Carrier Uniform External Review Model Act

**Health content**: Health information that is intended to provide general, user non-specific information or advice about maintaining health or the treatment of an acute or chronic illness, health condition, or disease state.

**Health Content Reviewer**: An individual who holds a license or certificate as required by the appropriate jurisdiction in a health care field (where applicable), has professional experience in providing relevant direct patient care or has completed formal training in a health-related field.

**Health Education**: Educational resources designed to enhance the knowledge and understanding of health topics to promote wellness and self-care.

**Health Information**: Educational resources designed to enhance the knowledge and understanding of health topics to promote wellness and self-care.

**Health Information Exchange**: The electronic movement of health-related information among organizations according to nationally recognized standards.

**Health Information Organization**: An organization that oversees and governs the exchange of health-related information among organizations according to nationally recognized standards.

**Health Information Technology:** The technology to create, transmit, store and manage individuals' health data.

URAC Clinically Integrated Networks Advisory Committee, 2012

**Health Literacy**: The degree to which individuals have the capacity to obtain, process, and understand basic health information and services needed to make appropriate decisions regarding their health.

**Health Professional**: An individual who: (1) has undergone formal training in a health care field; (2) holds an associate or higher degree in a health care field, or holds a state license or state certificate in a health care field; and (3) has professional experience in providing direct patient care.

**Health-Related Field**: A professional discipline that promotes the physical, psychosocial, or vocational well-being of individual persons.

**Health Risk Assessment Process:** A process of collecting and interpreting health data and risk factors, gathered from the *health risk assessment tool* and other sources about the *target population*, to evaluate potential *participants* for inclusion in the *wellness program.*
  ➢ **Note:** The term "health risk assessment" and its corresponding acronym "HRA" are not the only terms that define an acceptable assessment process.

URAC Health Accreditations Glossary 2/21/2012

**Health Risk Assessment Tool (HRAT):** A health risk assessment tool is a systematic approach to collecting information from individuals that identifies risk factors, which can be determined through biometric and other methods, and provides individualized feedback, such as through a health risk score, to increase overall awareness of risk. Definition adopted from the Centers for Medicare and Medicaid Services – CMS).

**Healthy Behavior** A specific action, taken at the individual level, associated with improved health outcomes and the reduction of *risk factors.* Healthy behavior may include:
  • Seeking appropriate health care or tests (e.g., getting a cholesterol screening)
  • • Avoiding risky behavior (e.g., quitting smoking)
  • • Engaging in lifestyle changes (e.g., getting more exercise)

This material is property of URAC. Any use of this material is subject to copyright and trademark laws, Terms of Use and other restrictions.
Generated 12/1/2015 7:41:07 AM

Exhibit E, p. 4



# Glossary for Health Accreditation Standards

**Individually Identifiable Information**: Any information that can be tied to an individual consumer, as defined by applicable laws.

Individually identifiable health information is information that is a subset of health information, including demographic information collected from an individual, and: (1) Is created or received by a health care provider, health plan, employer, or health care clearinghouse; and (2) Relates to the past, present, or future physical or mental health or condition of an individual; the provision of health care to an individual; or the past, present, or future payment for the provision of health care to an individual; and (i) That identifies the individual; or (ii) With respect to which there is a reasonable basis to believe the information can be used to identify the individual. (65 Fed. Reg. at 82,804 (to be codified at 45 C.F.R. pt. 164.501))

> ➢ **Note**: This definition is derived from the federal Health Insurance Portability and Accountability Act (HIPAA).

**Independent Review**: A process, independent of all affected parties, to determine if a health care service is medically necessary and medically appropriate, experimental/investigational or to address administrative/legal issues. Independent review typically (but not always) occurs after all appeal mechanisms available within the health benefits plan have been exhausted. Independent review can be voluntary or mandated by law.

**Independent Reviewer**: See definition for "Reviewer."

**Information System:** Any written, electronic, or graphical method of communicating information. The basis of an information system is the sharing and processing of information and ideas. Computers and telecommunication technologies have become essential information system components.

Barron's Business Dictionary

**Initial Clinical Review**: Clinical review conducted by appropriate licensed or certified professionals. Initial clinical review staff may approve requests for admissions, procedures, and services that meet clinical review criteria, but must refer requests that do not meet clinical review criteria to peer clinical review for certification or non-certification. Sometimes referred to as "first level review."

**Initial Screening (formerly "pre-review screening" and "scripted clinical screening")**: Automated or semi-automated screening of requests for authorization that may include: (1) collection of structured clinical data (including diagnosis, diagnosis codes, procedures, procedure codes); (2) asking scripted clinical questions; (3) accepting responses to scripted clinical questions; and (4) taking specific action (certification and assignment of length of stay explicitly linked to each of the possible responses). It excludes: (1) applying clinical judgment or interpretation; (2) accepting unstructured clinical information; (3) deviating from script; (4) engaging in unscripted clinical dialogue; (5) asking clinical follow-up questions; (6) issuing non-certifications; and (7) verification of insurance coverage or eligibility.

**Inreach:** use of *consumer* interactions inside the primary care / medical home setting to discover gaps in care and identify opportunities for and act on *consumer* targeted interventions promoting preventive care
Adapted from Yabroff KR, et al.
J Am Med Womens Assoc. 2001 Fall;56(4):166-73, 188.

**Internal review**: Review, including appeal review, by an insurance issuer or group health plan or their designee (i.e., such as a TPA) of an adverse benefit determination.
Source: Interim Final Rules for Group Health Plans and Health Insurance Issuers Relating to Internal Claims and Appeals and External Review Processes under the Patient Protection and Affordable Care Act; Interim Final Rule [HHS 45 CFR Part 147]

**Interoperability**: Ability of two or more systems or components to exchange information and to use the information that has been exchanged.

This material is property of URAC. Any use of this material is subject to copyright and trademark laws, Terms of Use and other restrictions.
Generated 12/1/2015 7:41:07 AM

Exhibit E, p. 5



**P-HUM 10 - Initial Clinical Reviewer Qualifications**

Individuals who conduct *initial clinical review* possess an active, professional *license or certification:* (No Weight)

> (a) To practice as a *health professional* in a state or territory of the United States; **and** (Mandatory)

> (b) With a scope of practice that is relevant to the clinical area(s) addressed in the *initial clinical review*. (Mandatory)

**Interpretive Information/Commentary**

- It is URAC's policy that initial clinical reviewers must hold a U.S. license or certification; however, unlike peer reviewers conducting peer clinical review and appeals, initial clinical reviewers can be located outside of the United States or its territories when performing initial clinical review.  Please see standards P-HUM 14 and P-HUM 35, which address peer reviewer qualifications.
- Initial clinical reviewers may assist in the notification process for non-certifications.
- For drug utilization management review, adequately trained pharmacy technicians are acceptable for conducting initial clinical review provided they work under the supervision of a pharmacist or are acting within the scope of algorithms.
  - Please reference standard P-HUM 15(a)(i)-(ii) for more information.
  - Pharmacy technicians are individuals who are either certified/ licensed or who have been adequately trained.  "Adequately trained" means that the individual has been part of an extensive training program and/or has had significant experience at a dispensing site.
  - If pharmacy technicians are conducting reviews, they must be certified/ licensed in accordance with the state where they are practicing if the state requires it.
  - Adequately trained pharmacy technicians are acceptable for conducting a review provided they work under the supervision of a pharmacist or are acting withing the scope of algorithms.
  - For non-automated review, pharmacy technicians may not issue clinical non-certifications.

**Points to Remember**

- P-HUM 10(a): Clinical review staff must have an active license when performing review activities; organizations must implement a mechanism for tracking licensure expiration dates.
- P-HUM 10(a): Review the scope of the nurse practice act and/or licensure requirements for clinical reviewers for all states in which the organization may provide UM services.
- P-HUM 10(a): An LPN/LVN meets the URAC definition of health professional and this licensure category may conduct initial clinical review.
- HUM 10(a): A certified genetic counselor meets the definition of health professional and individual practitioners with this certification can conduct initial clinical review. Certified genetic counselors may also conduct peer clinical review; for more information, see the supporting guide language for standard HUM 14.
- P-HUM 10(b): Initial clinical reviewers must have the appropriate clinical background in order to render decisions requiring clinical judgment and experience.
- "Health professionals" is a defined term; please refer to the glossary.

Exhibit E, p. 6



- For information pertaining to mutual recognition model of nurse licensure and the status of legislation for Nurse Licensure Compact for your state, refer to the National Council State Board of Nursing web site at [www.NCSBN.org](www.NCSBN.org).

**Scope of Standards**

- P-HUM 10 through P-HUM 12 cover the initial clinical review staff and processes.

**Evidence for Meeting the Standard - Desktop Review Materials**

- Job description for initial clinical reviewers that includes requirements for licensure and professional education and experience.
- Written policies and/or documented procedures describing who conducts initial clinical review.

**Evidence for Meeting the Standard - Onsite Review Materials and Activities**

- Clinical case records illustrating initiation of the review process, pre-review screening, and initial clinical review, concurrent review and retrospective review.
- Review of personnel files to include clinical staff credentialing.
- Record of primary source verification of licensure for all clinical reviewers.

**Bright Ideas**

- In order to avoid changes in licensure status (e.g., restrictions or revocations) occurring without the company's knowledge, develop a policy to require licensed personnel to notify their supervisor immediately of any changes in licensure status. Review this policy at the time of hire and annually when conducting the performance appraisal.
- Ongoing monitoring of staff licensure through licensure board websites will alert the organization to changes in credentialing status. Electronically track using an 'alert' function when staff licensure or certification is due for renewal will assure timely notification of renewal requirements.
- To assure timely notification of renewal requirements, develop a credentialing database that includes the licensure review date and expiration date for each clinical staff member for all states where licensed; assign an individual(s) to monitor this data base on a monthly basis.
- Develop an attestation statement regarding licensure status. Have the individual review and sign the attestation annually at the time the performance appraisal is conducted.

**Related Standards**

This material is property of URAC. Any use of this material is subject to copyright and trademark laws, Terms of Use and other restrictions.
Generated 12/1/2015 7:41:07 AM

Exhibit E, p. 7

# EXHIBIT F

***Drake v. Tufts Associated Health Maintenance Organization, Inc.,* Case No.** 1:19-cv-11876
**(District of Massachusetts)**

## <u>NOTICE OF LAWSUIT</u>

**1.      What is this Notice about?**

This Notice is about a lawsuit that you may choose to join.

**2.      What is the lawsuit about?**

The lawsuit is about whether "Utilization Review Employees" who worked for Tufts Associated Health Maintenance Organization, Inc. and Tufts Health Public Plans, Inc. (collectively, "Tufts") were paid all earned overtime wages. Sally Drake who worked for Defendants as a Nurse Reviewer in Massachusetts from 2017 to 2019 filed this lawsuit against Tufts.

The lawsuit claims that Tufts violated federal overtime wage law by not paying "Utilization Review Employees" overtime when they worked more than 40 hours per week. Tufts denies the allegations in the lawsuit.

**3.      Why did I get this Notice?**

You got this Notice because Tufts identified you as a salaried "Utilization Review Employee") that worked for Tufts during the last **three years**—the time period covered by this lawsuit. Salaried "Utilization Review Employees" specifically include individuals who (1) were paid on a salary basis; (2) performed utilization review work; and (3) held job titles including one or more of the following terms: (1) Utilization; and/or (2) Reviewer.

**4.      How do I join the lawsuit?**

You can join the lawsuit multiple ways. You can complete the enclosed/attached Consent to Join form and mail in the pre-paid envelope, email to [insert email address], or fax to (312) 419-1025. Or, you can sign the Consent to Join form that was sent to you by email and/or text and submit it electronically through DocuSign. Your lawyers, identified in Paragraph 9, will file your Consent to Join form with the Court, so please review it before you sign.

**5.      When do I need to submit the Consent to Join form to join the lawsuit?**

To join the lawsuit, you must postmark or return the Consent to Join form by **[insert date 63 days from mailing date]**.  If you do not postmark or return the Consent to Join form by **[insert date 63 days from mailing date]**, you may not be able to join the lawsuit.

**6.      What happens if I join the lawsuit?**

If you join this lawsuit, you will be bound by its outcome.  This means that if the Tufts Utilization Review Employees win the lawsuit or obtain a settlement, you may receive a payment.  If the Tufts Utilization Review Employees lose the lawsuit, you will not receive any money.

**7.      What happens if I decide not to join the lawsuit?**

If you do not join the lawsuit, you will not be bound by its outcome. This means that regardless of the result in this lawsuit, you are free to file your own lawsuit, either on your own behalf or through an attorney.

1

**8.      Can Tufts retaliate against me for joining this lawsuit?**

No. Federal law prohibits Tufts from firing you or taking any adverse action against you because you decided to join the lawsuit.

**9.      Who will be my lawyers if I join the lawsuit, and how will the lawyers be paid?**

If you join the lawsuit, you will be represented by Travis Hedgpeth, and members of his firm, The Hedgpeth Law Firm, PC; Jack Siegel and members of his firm, Siegel Law Group PLLC; and Douglas M. Werman, Maureen A. Salas, and members of their law firm, Werman Salas P.C. and any of their associated attorneys (contact information in Paragraph 11).

The lawyers representing the Tufts Utilization Review Employees will only be paid if they win the lawsuit or obtain a settlement.  If either happens, the lawyers may receive their fees and costs from Tufts and/or may receive a percentage of any money awarded by the Court or obtained through a settlement.  If the Tufts Utilization Review Employees lose the lawsuit, you will not have to pay your lawyers.

**10.     How will I know if I joined the lawsuit?**

Your lawyers will contact you to confirm you joined the case. If you are not contacted in a reasonable period of time, please contact your lawyers (contact information in Paragraph 11).

**11.     How do I get more information about the lawsuit?**

If you have questions about this Notice or the lawsuit, please write, call, or e-mail Travis Hedgpeth, Jack Siegel, or Douglas Werman.  Their respective contact information is listed below.

| | | |
|---|---|---|
| **Travis M. Hedgpeth** | **Douglas M. Werman** | **Jack Siegel** |
| **The Hedgpeth Law Firm, PC** | **Maureen A. Salas** | **Siegel Law Group PLLC** |
| **5438 Rutherglenn Drive** | **Werman Salas P.C.** | **2820 McKinnon, Suite 5009** |
| **Houston, Texas 77096** | **77 W. Washington** | **Dallas, Texas 75201** |
| **P: (512) 417-5716** | **Suite 1402** | **P: (214) 790-4454** |
| **E: Travis@hedgpethlaw.com** | **Chicago, IL 60602** | **E: Jack@siegellawgroup.biz** |
| | **P: (312) 419-1008** | |
| | **E: dwerman@flsalaw.com** | |
| | **E: msalas@flsalaw.com** | |

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. THE COURT HAS TAKEN NO POSITION ON THE MERITS OF THIS LAWSUIT.**

**PLEASE DO NOT CALL OR WRITE THE JUDGE IN THIS LAWSUIT. THE JUDGE CANNOT ANSWER QUESTIONS ABOUT THIS LAWSUIT OR THIS NOTICE.**

## NOTICE OF CONSENT TO BE A PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I consent to be a party plaintiff to seek unpaid wages and overtime pay in the case in which this consent is filed (*Drake v. Tufts Associated Health Maintenance Organization, Inc.*).  By joining this lawsuit, I designate the named plaintiff(s) in which this consent is filed, and his/her attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, and all other matters pertaining to this lawsuit. For purposes of pursuing my unpaid wage and overtime claims I choose to be represented by the Hedgpeth Law Firm, PC, the Siegel Law Group PLLC, Werman Salas P.C., and other attorneys with whom they may associate.

Date:_____      Signature_____

Printed Name: _____

**Please Print or Type the Following Information.**
**This information will not be part of the Public Record and is Necessary for your Attorneys'**
**Files and Potential Settlement.**

***Note: This Portion Will NOT Be Filed With the Court***

Cell phone number: _____ Home phone number: _____

Address: _____

City: _____ State: _____  Zip Code: _____

Email: _____

Location(s) where you worked: _____

Position(s) you held: _____

Approximate dates of employment: _____

# EXHIBIT G



## Tufts Health Public Plans Utilization Management

Tufts Health Public Plans has established policies and procedures that govern the utilization management (UM) program. All UM decisions are based on appropriateness of care, availability of services, and your patients' coverage. Providers, UM clinical staff, or consultants are not rewarded for denying care, and Tufts Health Public Plans does not offer money or financial incentives to encourage less use of services for network providers, UM clinical staff, or consultants. To request utilization criteria for any services or to talk to a clinician about any UM denial decision, please call 888.257.1985.

### UM policies and procedures

Tufts Health Public Plans policies and procedures address important service issues in delivering UM, including:

- Decision timeliness
- Internal data-gathering consistency
- Decision-making accountability compared with evidence-based UM criteria and guidelines
- New technology access
- Member and provider UM process satisfaction

Department managers monitor compliance with these policies to ensure that they are consistently met. Specific cases are expedited based on a member's medical need or based on unique case-related circumstances.

Utilization review (UR) can also be referred to as UM. UR/UM includes the evaluation of prior authorization requests for coverage by determining member eligibility, benefit coverage, and medical necessity of services for the requested level of care. Tufts Health Public Plans can receive prior authorization requests by fax, mail, or telephone. Providers are responsible for requesting prior authorization. Tufts Health Public Plans does not require prior authorization for a number of reasons including conditions that a prudent layperson would consider life- or limb-threatening. Refer to the prior authorization policy in the Provider Manual for more information.

Appropriately licensed staff members make UM decisions. Qualified licensed healthcare professionals render or supervise all clinical-coverage review decisions. Staff members who are not qualified healthcare professionals may collect the clinical documentation for prior authorization and concurrent review under the supervision of appropriately licensed health professionals and may also have the authority to approve (but not to deny) coverage for services for which there are criteria/guidelines.

Only qualified, licensed physicians with the appropriate clinical expertise make decisions to deny coverage. Tufts Health Public Plans established a process to consult with board-certified specialists in appropriate specialty areas when indicated.

Tufts Health Public Plans are available to answer questions about our UM process, including any UM denial decisions, and provide clinical access 24 hours a day, seven days a week for inbound and outbound calls, and other types of communication.

Tufts Health Public Plans can receive inbound communications about UM issues after normal business hours. On-call staff handles after-hours coverage for medical UM issues. A vendor provides after-hours coverage for behavioral health UM issues after 5 p.m. Monday through Friday. This behavioral health on-call service provides coverage to triage service requests as necessary from members and/or providers, for urgent service authorizations, and pharmacy-related inquiries.
Call 888.257.1985 for UM services and questions.

### Request to review UM criteria

Tufts Health Public Plans utilizes criteria to determine the appropriateness of services requested.
Providers may request to review the criteria prior to a UM decision, or in the event of a denial, in the following ways:

- Via telephone: A clinician will read the criteria over the telephone to you.

Ex. G, p. 1

- Mail/fax: Tufts Health Public Plans will mail a paper copy to you of the criteria that were utilized to make the decision.
- On-site review: You may request an on-site review of the criteria. If Tufts Health Public Plans clinical or administrative staff receives such a request, the staff member will forward the call to the department manager or director. The manager or director will instruct you to complete the Availability of UM Criteria to Practitioner/Request for On-site Visit form. Once Tufts Health Public Plans receives the written request, the manager or director will schedule an appointment with you to come on site to review the criteria that were utilized to make the UM decision. During the scheduled visit, the criteria online via the CCMS system. You also have the right to request a physician-to-physician meeting at this time to discuss the criteria further.

Tufts Health Public Plans document all requests and visits within the CCMS system.

Ex. G, p. 2

# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01614-CMA-MJW

ALFONSO AVENDANO, on behalf of himself and others similarly situated,

      Plaintiff,

v.

AVERUS, INC., and
MICHAEL SHANK,

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO APPROVE
FLSA OPT-IN NOTICE AND CONSENT TO JOIN**

---

      This matter is before the Court on Plaintiff's Joint Motion for Approval of Fair Labor Standards Act (FLSA) Opt-In Notice and Consent to Join (Doc. # 95.).  On September 29, 2016, the Court issued two Orders in this case: (1) an Order granting conditional certification of the national FLSA opt-in class under 29 U.S.C. § 216(b) (Doc. # 91) and (2) an Order granting certification of the Colorado class under Rule 23 of the Federal Rules of Civil Procedure (Doc. # 92).  Both Orders stated that the parties shall submit, within fourteen days, proposed class notice forms.  To date, neither party has submitted a proposed Rule 23 notice as to the Colorado class.  The instant Motion concerns only the FLSA opt-in class.  The Motion indicates the parties have conferred and largely agree as to the notice and opt-in consent to join forms (Notice) (Doc. # 95-1)

with one exception: sending Notice by text message.  After reviewing the parties'

arguments and the applicable law, the Court grants the Motion, approves the proposed

Notice, and grants Plaintiff's request to notify potential class members by text message.

Section 216(b) of the FLSA provides a unique procedural mechanism allowing

collective actions for minimum wage and overtime violations.  If the district court

conditionally certifies a class under section 216(b), putative class members are provided

with court-approved notice and the opportunity to opt in to the action.  *Hoffman–La Roche*

*Inc. v. Sperling*, 493 U.S. 165, 170–72 (1989); *Hipp v. Liberty Nat. Life Ins. Co.*, 252 F.3d

1208, 1218 (11th Cir. 2001).  "Under the FLSA, the Court has the power and duty to ensure

that the notice is fair and accurate, but it should not alter Plaintiff's proposed notice unless

such alteration is necessary."  *Smith v. Pizza Hut, Inc.*, No. 09-CV-01632-CMA-BNB, 2012

WL 1414325, at *7 (D. Colo. Apr. 21, 2012).

The parties agree on the form and substance of the Notice, service deadlines,

and dissemination of the Notice by First Class Mail.  The parties disagree, however, on

whether the class members should also be notified by text message.  Specifically,

Plaintiff requests permission to distribute the following text message to all class

members:

> You may be entitled to join a lawsuit against Averus, Inc. for
> unpaid wages, including unpaid overtime. Go to this
> webpage to read about the lawsuit and decide whether or
> not to join: www.AverusWageLawsuit.com.[1]

(Doc. # 95 at 3.)

---

[1] The Court recognizes that this is a temporary URL that is not yet active and that Plaintiff
intends to use subdomains that will link to the Spanish and English Notices.

Ex. H, p. 2

Plaintiff argues that texting is necessary because of "the transient nature of the class" with whom "text messaging is the most reliable means of communicat[ion]." (Doc. # 95 at 3.)  Plaintiff adds that, after Plaintiff's counsel previously mailed notice forms to the FLSA Denver class, thirty-five percent of those notices were returned as undeliverable.

Defendants oppose Plaintiff's request.  Defendants do not dispute, however, the transient nature of the class or argue that the Plaintiff has mischaracterized the community.  Instead, Defendant primarily argues that "[s]ending [n]otice by first class mail has been the uniform[] [and preferred] method of serving [n]otice"; "there is no reason to believe that sending a text message will be as effective or more effective" than sending the Notice by mail; and case law does not support Plaintiff's request. (Doc. # 95 at 5.)

Given the undisputed transient nature of the class and Plaintiff's assertion that text messaging is the most reliable form of communication, the Court finds that notification by text message is likely to be a viable and efficient means of notifying many prospective members of this collective action.  *See* Fed. R. Civ. P. 23(c)(2) (A certified class must receive "the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."); *Sperling*, 493 U.S. at 170 (Potential class members are entitled to receive "accurate and timely notice concerning the pendency of the collective action.").  The Court disagrees with Defendants that case law does not support this method of dissemination.  *See, e.g.*, *Bhumithanarn v. 22 Noodle Mkt. Corp.*, No. 14-CV-2625 RJS, 2015 WL 4240985,

3

Ex. H, p. 3

at *5 (S.D.N.Y. July 13, 2015).  Even if serving notice by U.S. mail is the preferred

method, nothing in section 216(b) of the FLSA or in FLSA class action jurisprudence

outright prohibits using more than one form of dissemination, particularly when the

nature of the class requires it.  *See id* (permitting plaintiffs to post notice on employee

bulletin boards in addition to using direct mail and text messaging).  Accordingly, the

Court concludes that Plaintiff may provide Notice to potential opt-in class members via

text message.

Accordingly the Court GRANTS the Motion (Doc. # 95), APPROVES the

proposed Notice (Doc. # 95-1), and ORDERS as follows:

1.  The Defendants shall have 14 days from the issuance of this Order to provide

     Plaintiffs with a class list and contact information for the class, including the class

     members' last known cell phone numbers to the extent they are available;

2.  The Plaintiff shall have 21 days from the issuance of this Order to serve the

     Notice on the class;

3.  The opt-in deadline shall be 91 days from the date the Notice is mailed and

     texted;

4.  The Notice shall be mailed by First Class Mail to the last known addresses of all

     class members;

5.  The following message shall be texted to the last known cell phone numbers of

     all class members:

          You may be entitled to join a lawsuit against Averus, Inc. for
          unpaid wages, including unpaid overtime. Go to this

Ex. H, p. 4

webpage to read about the lawsuit and decide whether or
not to join: www.AverusWageLawsuit.com.[2]

6.  The Notice shall be made available on a website on or before Plaintiff's deadline

    to serve the Notice on the class;

7.  Opt-in class members may sign and submit Consent to Join forms digitally on the

    internet using Plaintiff's Counsel's DocuSign platform.  The publically accessible

    Notice on the internet shall have an access code provided on it so that only

    persons who receive the Notice can access it.

8.  The Notice shall be provided in English and in Spanish.


DATED: October 25, 2016

                                          BY THE COURT:

                                   —      CHRISTINE M. ARGUELLO
                                          United States District Judge

---

[2] The Court recognizes that this is a temporary URL that is not yet active.  The Plaintiff may use
subdomains as necessary to include the Spanish and English Notices.

5

Ex. H, p. 5