**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SALLY DRAKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** | |
| *Plaintiff*, | |
| **v.** | **Civil Action No.**  1:19-cv-11876-FDS |
| **TUFTS ASSOCIATED HEALTH MAINTENANCE ORGANIZATION, INC. AND TUFTS HEALTH PUBLIC PLANS, INC.** | |
| *Defendants.* | |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY ON
ISSUES RELATIVE TO STEP ONE NOTICE AND TO BRIEF RENEWED MOTION
FOR STEP-ONE NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Plaintiff Sally Drake, on behalf of herself and others similarly-situated ("Plaintiff"), and

Defendants Tufts Associated Health Maintenance Organization, Inc. and Tufts Health Public

Plans, Inc. (collectively "Defendants") (Plaintiff and Defendants are herein referred to as "the

Parties"), jointly move for an approximately six-week extension of the schedule entered on

March 3, 2020 for discovery on issues relative to step-one notice and for briefing on Plaintiff's

Renewed Motion for Step-One Notice. This extension is necessitated by delays in the litigation

process arising from the present COVID-19 pandemic, which renders it impracticable to

complete the relevant discovery within the time period previously contemplated.  Plaintiff also

seeks tolling of the limitations period during the requested extension, which Defendants do not

oppose. In support of this motion, the Parties state the following:

1.      On March 3, 2020, the Court held a hearing on Plaintiff's Motion for Step-One

Notice. At the hearing, the Court denied Plaintiff's motion without prejudice and ordered a

period of expedited discovery on issues relative to Step One Notice, including depositions of

Plaintiffs and 30(b)(6) deponents. ECF No. 45. The Court set May 11, 2020 as the deadline to

complete this discovery. *Id.* The Court further ordered that Plaintiff may submit a Renewed

Motion for Step-One Notice by May 25, 2020, with Defendants' response due by June 8, 2020.

*Id.* The Court also scheduled a status conference for June 17, 2020. *Id.*

2.     On March 9, 2020, Defendants served Notices of Deposition on Plaintiff Drake

and Opt-in Plaintiffs Kairumba and King. Their depositions were scheduled to take place in

Boston on April 6, 7, and 8, respectively.

3.     On March 20, 2020, counsel for the Parties held a conference call to discuss the

discovery to be conducted and production of ESI. During that call, counsel agreed that due to the

travel and safety issues raised by the COVID-19 pandemic, including a stay-at-home order then

impending in Chicago, where Plaintiff's counsel is located, the magnitude of the outbreak in

Boston as well as the additional demands placed on Defendants as health plans in response to the

outbreak, the depositions of the Plaintiff and Opt-in Plaintiffs could not proceed on April 6-8.

Counsel also agreed that, given the uncertainty surrounding the potential severity and duration of

the pandemic, the Parties would ask the Court to extend the preliminary discovery and briefing

schedule until a time when travel was safe for the Parties and their counsel.

4.     Therefore, the Parties jointly request a six and a half-week extension of the pre-

notice discovery deadline and the briefing schedule set by the Court on March 3, 2020. Under the

Parties' proposed schedule, the deadline to complete preliminary discovery relating to Plaintiff's

motion for conditional certification would be June 26, 2020; Plaintiff's Renewed Motion for

Step-One Notice would be due on July 10, 2020; and Defendants would respond by July 24,

2020.

5.      In light of the requested extension, the Parties ask the Court to adjourn the status hearing currently set for April 23, 2020 and reset the hearing on Plaintiff's Renewed Motion for Step-One Notice to a date after the close of the briefing.

6.      Plaintiff also respectfully asks that the Court toll the statute of limitations on the FLSA claims of putative opt-in plaintiffs from the date this Motion is granted through the new proposed discovery deadline of June 26, 2020. This Court has recognized that equitable tolling in FLSA cases may be appropriate "where extraordinary circumstances beyond a plaintiff's control ma[k]e it impossible to file a timely claim." *Pike v. New Generation Donuts, LLC,* No. 12-12226-FDS, 2016 WL 707361, at *5 (D. Mass. Feb. 20, 2016) (Saylor, J.). Here, the claims of putative opt-in plaintiffs should not be prejudiced because a global pandemic has delayed Court-ordered discovery.

7.      Defendants do not oppose this request for tolling.

WHEREFORE, the Parties respectfully request that the Court extend the preliminary discovery deadline for approximately six weeks, to June 26, 2020; extend the deadline for Plaintiff to file her Renewed Motion for Step-One Notice to July 10, 2020; extend the deadline for Defendant to file its Opposition brief to July 24, 2020; adjourn the status hearing currently set for April 23, 2020; reset the hearing on Plaintiff's Renewed Motion for Step-One Notice to a date after the requested briefing schedule; and toll the statute of limitations on the FLSA claims of putative opt-in plaintiffs from the date this Motion is granted through June 26, 2020.

Dated: March 31, 2020

Respectfully submitted,

/s/ Sarah J. Arendt
Douglas M. Werman (*pro hac vice*)
Maureen A. Salas (*pro hac vice*)
Sarah J. Arendt (*pro hac vice*)
Michael M. Tresnowski (*pro hac vice*)
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
Tel: (312) 419-1008
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com
mtresnowski@flsalaw.com

Edward F. Haber (BBO# 215620)
Adam M. Stewart (BBO# 661090)
Patrick J. Vallely (BBO#663866)
**SHAPIRO HABER & URMY LLP**
Seaport East, Two Seaport Lane
Boston, MA 02210
Tel: (617) 439-3939
ehaber@shulaw.com
astewart@shulaw.com
pvallely@shulaw.com

Travis M. Hedgpeth (*pro hac vice*)
Texas Bar No. 24074386
**THE HEDGPETH LAW FIRM, PC**
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Tel: (281) 572-0727
travis@hedgpethlaw.com

Jack Siegel (*pro hac vice*)
Texas Bar No. 24070621
**SIEGEL LAW GROUP PLLC**
4925 Greenville Avenue, Suite 600
Dallas, Texas 75206
Tel: (214) 790-4454
Jack@siegellawgroup.biz

*Attorneys for Plaintiff and Others
Similarly Situated*

/s/ Hillary J. Massey (with consent)
Kristin G. McGurn (BBO# 559687)
Barry J. Miller (BBO# 661596)
Hillary J. Massey (BBO# 669600)
**SEYFARTH SHAW LLP**
2 Seaport Lane #300
Boston, MA 02210
kmcgurn@seyfarth.com
bmiller@seyfarth.com
hmassey@seyfarth.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2020 a copy of the foregoing document was filed through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Sarah J. Arendt*
Sarah J. Arendt