IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY DRAKE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TUFTS ASSOCIATED HEALTH MAINTENANCE ORGANIZATION, INC. AND TUFTS HEALTH PUBLIC PLANS, INC.<br><br>*Defendants*. | Civil Action No.  1:19-cv-11876-FDS |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT AND DISMISSAL OF ACTION**

Named Plaintiff Sally Drake respectfully requests that the Court enter an Order, in the form attached to Plaintiff's contemporaneously filed Supporting Memorandum of Law as Exhibit 5, approving the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.  Defendants do not oppose this Motion and consent to entry of the Order.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, after litigating this case for over two years and attending a settlement conference with a magistrate judge. The terms of the settlement are reasonable, appropriate, and fair to all Parties.

As a result, Named Plaintiff respectfully requests that the Court approve the Settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Named Plaintiff also asks, consistent with the Agreement, that the Court approve the

following payments: (i) Service Awards to Named Plaintiff Drake and Opt-in Plaintiffs King and Kairumba in the amount of $2,000 each ($6,000 total); (ii) Attorneys' Fees in the amount of $28,147.18; and (iii) Plaintiffs' Counsel's Litigation Expenses in the amount of $12,513.76.

For these reasons and those stated in the accompanying Memorandum, the Named Plaintiff requests that the Court approve the Parties' Settlement Agreement.

Dated:  January 7, 2022                           Respectfully submitted,

By: */s/ Sarah J. Arendt*

Douglas M. Werman *(pro hac vice)*
Maureen A. Salas *(pro hac vice)*
Sarah J. Arendt *(pro hac vice)*
Michael M. Tresnowski *(pro hac vice)*
**WERMAN SALAS P.C.**
77 W. Washington St., Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com
mtresnowski@flsalaw.com

Edward F. Haber (BBO# 215620)
Patrick J. Vallely (BBO#663866)
**SHAPIRO HABER & URMY LLP**
Seaport East, Two Seaport Lane
Boston, MA 02210
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
ehaber@shulaw.com
astewart@shulaw.com
pvallely@shulaw.com

Travis M. Hedgpeth *(pro hac vice)*
Texas Bar No. 24074386
**THE HEDGPETH LAW FIRM, PC**
3050 Post Oak Blvd., Suite 510
Houston, TX 77056

Telephone: (281) 572-0727
travis@hedgpethlaw.com

Jack Siegel (*pro hac vice*)
Texas Bar No. 24070621
**SIEGEL LAW GROUP PLLC**
5706 E. Mockingbird Lane, Suite 115
Dallas, TX 75206

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document on January 7, 2022and that notice of this filing will be distributed to all counsel of record through the District's ECF system.

*/s/ Sarah J. Arendt*
Sarah J. Arendt