UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALLY DRAKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUFTS ASSOCIATED HEALTH MAINTENANCE ORGANIZATION, INC. and TUFTS HEALTH PUBLIC PLANS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.<br>19-11876-FDS |

## APPROVAL ORDER

**SAYLOR, C.J.**

Before the Court is Plaintiffs' Unopposed Motion for Approval of Settlement Under the Fair Labor Standards Act and Dismissal of Action. For good cause shown, and as more fully explained below, the motion is GRANTED as follows:

1. All capitalized terms in this Approval Order have the same meaning as in the Agreement that was attached to the Plaintiffs' unopposed motion. The terms of the Agreement are incorporated by reference into this Approval Order.

2. The Court has jurisdiction over the claims asserted in the Lawsuit and over the Parties to the Lawsuit.

3. By filing written consents to join this Lawsuit, the Plaintiffs: (1) authorized Named Plaintiff Sally Drake and Plaintiffs' Counsel to act as their agents and to negotiate a settlement of any and all claims they may have against Defendants, subject to a review

for fairness by the Court; and (2) consented and agreed to be bound by any judgment of the Court or any settlement of this Lawsuit that the Court reviews and determines to be fair and reasonable.

4. The Court reviewed the Agreement and concludes that the Agreement is an adequate, fair, and reasonable resolution of a bona fide dispute between the Parties and that it should be and hereby is approved. Likewise, the determination of the allocation of the Gross Settlement Amount is approved as fair, equitable, and reasonable. Accordingly, the Agreement is hereby approved in accordance with the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq., and it shall be administered in accordance with its terms.

5. The Court grants Plaintiffs' Counsel's request for attorneys' fees and expenses in the amounts of $28,147.18 (fees) and $12,513.76 (expenses), to be paid out of the Gross Settlement Amount.

6. The Court grants the request for Service Awards in the amount of $2,000 each to be paid out of the Gross Settlement Amount to Named Plaintiff Drake, Opt-in Plaintiff King, and Opt-in Plaintiff Kairumba.

7. The Plaintiffs irrevocably and unconditionally forever and fully release Defendants and the Released Parties from all claims pursuant to federal, state, or local law relating to hours of work or payment of wages of any kind, as more particularly described in Section 3 of the Agreement.

8. This Approval Order and the Agreement are binding on the Parties.

9. The Lawsuit shall be dismissed in its entirety, on the merits, and WITH PREJUDICE, without costs to any party, except to the extent otherwise expressly

provided in the Agreement, on April 19, 2022, unless Plaintiffs' counsel notifies the Court that Defendants have not timely paid the Gross Settlement Amount.

10.  The Court retains jurisdiction with respect to the interpretation, implementation and enforcement of the terms of the Agreement and all orders and judgments entered in connection with the Agreement.

**So Ordered.**

Dated: January 12, 2022

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court